FILED by \_\_\_**NF**\_\_\_ D.C.

Jul 19, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-20613-CR-WILLIAMS/TORRES

18 U.S.C. § 842(p)(2)(A)
18 U.S.C. § 2339B(a)(1)
18 U.S.C. § 2339A(a)

UNITED STATES OF AMERICA

vs.

SAMUEL BAPTISTE,
   a/k/a "Khilafahaiti,"
   a/k/a "Abdul Jalil Rashid Imarah,"
   a/k/a "Jihadi gear(Private),"

                Defendant.
_____/

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### Distributing Information Pertaining to Explosives
### (18 U.S.C. § 842(p)(2)(A))

On or about November 6, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SAMUEL BAPTISTE,**
a/k/a "Khilafahaiti,"
a/k/a "Abdul Jalil Rashid Imarah,"
a/k/a "Jihadi gear(Private),"

did knowingly distribute by any means information pertaining to, in whole or in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, that is, a document titled "Instructions: How to Make a Homemade Pipe Bomb," with the intent that the information be used for, and in furtherance of, an activity that constitutes a Federal crime of

violence, that is, using a weapon of mass destruction, in violation of Title 18, United States Code, Section 2332a(a); all in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).

## COUNT 2
### Distributing Information Pertaining to Explosives
### (18 U.S.C. § 842(p)(2)(A))

On or about November 6, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SAMUEL BAPTISTE,**
a/k/a "Khilafahaiti,"
a/k/a "Abdul Jalil Rashid Imarah,"
a/k/a "Jihadi gear(Private),"

did knowingly distribute by any means information pertaining to, in whole or in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, that is, a document titled "Pipe Bombs," with the intent that the information be used for, and in furtherance of, an activity that constitutes a Federal crime of violence, that is, using a weapon of mass destruction, in violation of Title 18, United States Code, Section 2332a(a); all in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).

## COUNT 3
### Distributing Information Pertaining to Explosives
### (18 U.S.C. § 842(p)(2)(A))

On or about November 6, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SAMUEL BAPTISTE,**
a/k/a "Khilafahaiti,"
a/k/a "Abdul Jalil Rashid Imarah,"
a/k/a "Jihadi gear(Private),"

did knowingly distribute by any means information pertaining to, in whole or in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, that is, a document titled "Improvised Explosive Devices," with the intent that the information be used for, and in furtherance of, an activity that constitutes a Federal crime of violence, that is, using a weapon of mass destruction, in violation of Title 18, United States Code, Section 2332a(a); all in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).

## COUNT 4
### Distributing Information Pertaining to Explosives
(18 U.S.C. § 842(p)(2)(A))

On or about November 6, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SAMUEL BAPTISTE,**
a/k/a "Khilafahaiti,"
a/k/a "Abdul Jalil Rashid Imarah,"
a/k/a "Jihadi gear(Private),"

did knowingly distribute by any means information pertaining to, in whole or in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, that is, a document titled "Improvised Munitions Black Book, Volume 1," with the intent that the information be used for, and in furtherance of, an activity that constitutes a Federal crime of violence, that is, using a weapon of mass destruction, in violation of Title 18, United States Code, Section 2332a(a); all in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).

### COUNT 5
### Attempting to Provide Material
### Support to a Foreign Terrorist Organization
### (Islamic State of Iraq and al-Sham)
### (18 U.S.C. § 2339B(a)(1))

On or about November 6, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SAMUEL BAPTISTE,**
a/k/a "Khilafahaiti,"
a/k/a "Abdul Jalil Rashid Imarah,"
a/k/a "Jihadi gear(Private),"

did knowingly attempt to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), including services and personnel, as alleged in Counts 1-4 of this Indictment, to a foreign terrorist organization, that is, the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act ("INA"), knowing that ISIS was a designated foreign terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that ISIS engages and has engaged in terrorist activity (as defined in Section 212(a)(3)(B) of the INA), and that ISIS engages and has engaged in terrorism (as defined in Section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), in violation of Title 18, United States Code, Sections 2339B(a)(1) and 2.

### COUNT 6
### Attempting to Provide Material
### Support to Terrorists
### (18 U.S.C. § 2339A(a))

On or about November 6, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SAMUEL BAPTISTE,**
a/k/a "Khilafahaiti,"

a/k/a "Abdul Jalil Rashid Imarah,"
a/k/a "Jihadi gear(Private),"

did knowingly attempt to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), including services and personnel, as alleged in Counts 1-4 of this Indictment, knowing and intending that the material support and resources were to be used in preparation for and in carrying out violations of Title 18, United States Code, Section 2332a(a) (use, without lawful authority, of a weapon of mass destruction), in violation of Title 18, United States Code, Sections 2339A(a) and 2.

A TRUE BILL

_____
FOREPERSON

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

_____
MICHAEL THAKUR
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** Samuel Baptiste, a/k/a "Khilafahaiti," a/k/a "Abdul Jalil Rashid Imarah," a/k/a "Jihadi gear(Private)"

**Case No:** _____

Counts #: 1-4

Distributing Information Pertaining to Explosives

Title 18, United States Code, Section 842(p)(2)(A)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 5

Attempting to Provide Material Support to a Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

**\* Max. Penalty:** 20 Years' Imprisonment

Count #: 6

Attempting to Provide Material Support to Terrorists

Title 18, United States Code, Section 2339A(a)

**\*Max. Penalty:** 15 Years' Imprisonment

Count #:

_____

_____

**\*Max. Penalty:**

_____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SAMUEL BAPTISTE,
a/k/a "Khilafahaiti,"
a/k/a "Abdul Jalil Rashid Imarah,"
a/k/a "Jihadi gear(Private),"

            Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)         Yes ___  No ___
Number of New Defendants
Total number of counts

**Court Division**: (Select One)

_X_ Miami       ___ Key West
___ FTL         ___ WPB      ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)    Yes
   List language and/or dialect  Creole

4. This case will take   5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days         _X_        Petty         ___
   II   6 to 10 days        ___        Minor         ___
   III  11 to 20 days       ___        Misdem.       ___
   IV   21 to 60 days       ___        Felony        _X_
   V    61 days and over    ___

6. Has this case been previously filed in this District Court?  (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   11/9/2016
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___   No _X_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___   No _X_

                                    _____
                                    MARC S. ANTON
                                    ASSISTANT UNITED STATES ATTORNEY
                                    FL Bar No. 148369