UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-20613-CR-WILLIAMS

UNITED STATES OF AMERICA,
        Plaintiff(s),
vs.

SAMUEL BAPTISTE
a.k.a. Khilafahaiti
a.k.a. Adbul Jalil Rashid Imarah
a.k.a. Jihadi gear
        Defendant
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

The undersigned District Judge, to whom the above-styled case has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment pursuant to Administrative Order 2011-103.

**DONE AND ORDERED** at Miami, Florida, this 23rd day of July, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** _JOSE E. MARTINEZ_.

All documents for filing in this case shall carry the following case number and designation: _18-20613-CR-MARTINEZ_.

By Order of Court this 23 day of July 2018.

**STEVEN M. LARIMORE**
Court Administrator/Clerk of Court

By: /s/ Maldon Clark
**Deputy Clerk**