U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 18-20613-CR-MARTINEZ

**UNITED STATES OF AMERICA**

v.

SAMUEL BAPTISTE                    /

Inmate Name: SAMUEL BAPTISTE

Inmate #: 09681-104

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A INITIAL APPEARANCE is pending in this Court against SAMUEL BAPTISTE the above styled case, and it is set for as to the defendant on AUGUST 29, 2018 at 1:00pm at U.S. DISTRICT COURT, 99 N.E. 4TH ST., MIAMI, FL 33132, COURTROOM #5, 10TH FL.

2. The defendant is now confined in the USP - MARION at 4500 PRISON ROAD MARION, IL 62959.

3. It is necessary to have the defendant before this Court for a INITIAL APPEARANCE as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said INITIAL APPEARANCE and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: _____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

cc:    U.S. Attorney (AUSA MARC S. ANTON )