UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SAMUEL BAPTISTE,
a/k/a "Khilafahaiti,"
a/k/a "Abdul Jalil Rashid Imarah,"
a/k/a "Jihadi gear(Private),"

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

By:   */s/Abigail E. Becker*
    Abigail E. Becker
    Assistant Federal Public Defender
    Florida Bar No.: 072284
    150 W. Flagler Street, Suite 1700
    Miami, Florida  33130
    Tel:   305-530-7000/Fax:  305-536-4559
    E-Mail Address: abigail_becker@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on September 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Abigail E. Becker*
Abigail E. Becker