```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    18-20613-CR-MARTINEZ/OTAZO-REYES


UNITED STATES OF AMERICA,      )
                               )
           PLAINTIFF,          )
                               )
      VS.                      )
                               )
SAMUEL BAPTISTE,               )
                               )
           DEFENDANT.          )
_____)

             (TRANSCRIPT BY DIGITAL RECORDING)


      TRANSCRIPT OF ARRAIGNMENT AND PRETRIAL DETENTION
HEARING HAD BEFORE THE HONORABLE EDWIN G. TORRES, IN MIAMI,
MIAMI-DADE COUNTY, FLORIDA, ON AUGUST 30, 2018, IN THE
ABOVE-STYLED MATTER.



APPEARANCES:

FOR THE GOVERNMENT:    MARC S. ANTON, A.U.S.A.
                       500 EAST BROWARD BOULEVARD, SUITE 700
                       FORT LAUDERDALE, FL 33394 - 954 660-5096

FOR THE DEFENDANT:     SOWMYA BHARATHI, A.U.S.A.
                       150 WEST FLAGLER STREET, SUITE 1500
                       MIAMI, FL 33130 - 305 536-6900


              CARL SCHANZLEH, RPR - CM
              CERTIFIED COURT REPORTER
                9960 SW 4TH STREET
              PLANTATION, FLORIDA 33324
                  954 424-6723
```

```
 1   (MIAMI, MIAMI-DADE COUNTY, FLORIDA;  AUGUST 30, 2018, IN OPEN
 2   COURT.)
 3           THE CLERK:  CALLING THE CASE OF THE UNITED STATES
 4   VERSUS SAMUEL BAPTISTE, CASE NUMBER 18-20613-CRIMINAL-MARTINEZ.
 5           MR. ANTON:  GOOD MORNING, YOUR HONOR.  MARC ANTON ON
 6   BEHALF OF THE UNITED STATES.
 7           MS. BHARATHI:  GOOD MORNING, YOUR HONOR.  SOWMYA
 8   BHARATHI FROM THE FEDERAL PUBLIC DEFENDER'S OFFICE ON BEHALF OF
 9   MR. BAPTISTE WHO IS BEFORE THE COURT.
10           I THINK THIS CASE HAS BEEN TRANSFERRED TO JUDGE
11   MARTINEZ.
12           MR. ANTON:  MARTINEZ, THAT'S CORRECT.
13           THE COURT:  GOOD MORNING EVERYBODY.
14           WE WERE SET FOR ARRAIGNMENT AND DETENTION HEARING.  DO
15   YOU WANT TO DO THE ARRAIGNMENT FIRST?
16           MS. BHARATHI:  PLEASE, YOUR HONOR.
17           THE COURT:  GO AHEAD.
18           MS. BHARATHI:  I RECEIVED A COPY OF THE INDICTMENT,
19   WAIVE ITS FORMAL READING, ENTER A PLEA OF NOT GUILTY, REQUEST
20   ENTRY OF THE STANDING DISCOVERY ORDER AND DEMAND A TRIAL JURY.
21           THE COURT:  THE PLEA OF NOT GUILTY, REQUEST FOR JURY
22   TRIAL WILL BE ENTERED INTO THE COURT RECORDS, AND THE STANDING
23   DISCOVERY ORDER WILL BE SIGNED TODAY.
24           AS TO THE BOND OR RETENTION FOR MR. BAPTISTE?
25           MR. ANTON:  IT WILL BE A HEARING, YOUR HONOR.
```

1            THE COURT:  GO AHEAD.

2            MR. ANTON:  BY WAY OF A PROFFER, YOUR HONOR, IN APRIL

3   OF 2014, THE FBI IDENTIFIED TWO SOCIAL MEDIA ACCOUNTS THAT WERE

4   SHOWING ERRATICAL ISLAMIC IDEOLOGY.  THE FBI WAS ABLE TO TRACE

5   THOSE ACCOUNTS GOING BACK TO 2013 CONSISTENT WITH THAT RADICAL

6   ISLAMIC IDEOLOGY ULTIMATELY WAS ATTRIBUTED TO SAMUEL BAPTISTE.

7            WHAT THOSE ACCOUNTS WERE SHOWING WERE REFERENCES TO

8   JOINING ISIS, REFERENCES TO BECOMING A MARTYR, PRAISING

9   DESIGNATED FOREIGN TERRORIST ORGANIZATIONS AND TERRORIST SUCH

10  AS ANWAR AL AWLAKI, OSAMA BIN LADEN AND VALIDATING ISIS.

11           THE SOCIAL MEDIA ACCOUNTS ENCOURAGE JIHAD AND

12  REFERENCED BECOMING A MARTYR.  MARTYRDOM IS DYING FOR THE CAUSE

13  AND THIS CASE MORE SPECIFICALLY DYING IN THE CAUSE OF ISLAM.

14           AGENTS WERE ULTIMATELY ABLE TO TRACK THESE ACCOUNTS

15  BACK TO BAPTISTE.  ONE OF THE ACCOUNTS WAS NAMED -- AND I'LL

16  SPELL IT FOR YOU, K-H-I-L-A-F-A-H-A-I-T-A, OR KHILAFAHAITA

17  WHICH BASICALLY TRANSLATES IN ENGLISH TO THE LEADER OF HAITI.

18  THE FBI WAS ABLE TO TRACK THAT BACK THROUGH IP ADDRESSES AND

19  LEGAL PROCESS TO SAMUEL BAPTISTE.

20           THE OTHER ACCOUNT WAS MUCH OF THE SAME THING.  LEGAL

21  PROCESS WAS ALSO UTILIZED AND BAPTISTE POSTED ON THE SECOND

22  ACCOUNT PHOTOS OF HIMSELF WHICH THE FBI WAS ABLE TO POSITIVELY

23  CONFIRM WERE ASSOCIATED WITH THAT ACCOUNT.

24           THAT SECOND ACCOUNT WAS IN THE NAME OF ABDUL JALIL

25  RASHEED IRAMA (PH).  ONE OF THE ACCOUNTS WAS ON TUMBIR, THE

1 SECOND WAS ON FACEBOOK.

2 ULTIMATELY THE FBI INTRODUCED A UCE OR UNDERCOVER
3 EMPLOYEE INTO THE OPERATION IN APPROXIMATELY JUNE OF 2016. IN
4 JUNE OF 2016 THAT UNDERCOVER, THE UCE, WAS ON FACEBOOK AND HAD
5 BEEN TARGETING PEOPLE THAT WERE IN THE SAME CIRCLES AS SAMUEL
6 BAPTISTE.

7 UNBEKNOWNST TO BAPTISTE HE INVITED AND INITIATED A
8 PRIVATE MESSAGE WITH THE UNDERCOVER. THE UNDERCOVER WAS NOT
9 TARGETING BAPTISTE AT THE TIME AND DIDN'T EVEN KNOW ABOUT THE
10 SUBJECT BUT BASED ON THE CONTACT THE UNDERCOVER CONTINUED THIS
11 RELATIONSHIP WITH BAPTISTE WHICH WENT ON UNTIL NOVEMBER OF
12 2016.

13 AT THE END OF JUNE OF 2016, THE UNDERCOVER HAD
14 CONVERSATIONS WITH BAPTISTE. AND DURING THIS CONTACT THAT
15 BAPTISTE HAD WITH THE UNDERCOVER THEY TALKED ALMOST DAILY FOR
16 SOMETIMES HOURS AT A TIME. IT WENT FROM PRIVATE MESSAGING ON
17 MOBILE WOLF SOCIAL MEDIA ACCOUNTS TO TELEPHONE CALLS. THERE
18 WERE DISCUSSIONS AMONGST THEM IN WHICH THEY WERE DISCUSSING,
19 AND BAPTISTE VALIDATED THAT ISIS WAS A LEGITIMATE
20 ESTABLISHMENT, THAT THE LEADER OF ISIS, AL BAGHDADI, WAS A --
21 WAS LEGITIMATE AND IF ONE OPPOSED THAT YOU WERE WRONG.

22 HE TALKED ABOUT THAT IN 2013 HE HAD PLANS TO GO OVER
23 AND JOIN ISIS TO AVOID A PROBATION VIOLATION THAT HE HAD FROM A
24 PREVIOUS STATE CHARGE BUT COULDN'T FIND ANY SUPPORT TO GET HIM
25 OVER THERE SO HE ENDED UP JUST TURNING HIMSELF IN INSTEAD OF

1  DOING THAT.

2          BAPTISTE ALSO TALKED ABOUT BEING THE IMPORTANCE OF
3  ISIS ATTACKS IN THE UNITED STATES, ESPECIALLY ONES THAT TOOK
4  LAND AND HOW IMPORTANT THAT WOULD BE TO THE OVERALL ISIS
5  MISSION.  THESE PHONE CALLS WERE RECORDED AS WELL AS SOCIAL
6  MEDIA BACK AND FORTH AND TEXTS THAT WERE PRESERVED BY THE
7  UNDERCOVER.

8          BAPTISTE LATER PROVIDED A PHONE NUMBER TO THE
9  UNDERCOVER, AND THAT PHONE NUMBER TURNED OUT TO BE IMPORTANT AT
10 A LATER DATE IN ASSISTING AGENTS IN IDENTIFYING BAPTISTE.  HE
11 USED THAT LINK TO HIMSELF, HE USED THAT NUMBER FOR ALL OF HIS
12 SOCIAL MEDIA ACCOUNTS THAT THE FBI WAS ABLE TO TALK HIM TO.

13         LEGAL PROCESS ALSO WOULD SHOW THAT IT BELONGS TO
14 SAMUEL BAPTISTE, AND THAT PHONE NUMBER IS THE SAME PHONE NUMBER
15 AND PHONE THAT WAS FOUND ON HIM WHEN HE WAS ARRESTED ON
16 UNRELATED CHARGES IN NOVEMBER OF 2016.

17         THE DEFENDANT USED THE KHILAFAHAITA ON CERTAIN
18 ACCOUNTS AND OTHER ACCOUNTS HE USED THE NAME ABDUL JALIL
19 RASHEED UMMERA ON OTHERS.  BUT HE DID IN FACT TELL HIS TRUE
20 NAME TO THE UNDERCOVER AND BETWEEN JUNE OF 2016 AND SEPTEMBER
21 OF 2016 THE UNDERCOVER AND BAPTISTE CONTINUED TO TALK TO EACH
22 OTHER WHERE THEY DISCUSSED AMONG OTHER THINGS BAPTISTE SUPPORT
23 FOR ISIS, THE IMPORTANCE OF ATTACKS AND HOW BAPTISTE WANTED TO
24 GO JOIN ISIS IN THE PAST.

25         IN SEPTEMBER OF 2016 BAPTISTE STARTS GETTING INTO A

```
 1  SOCIAL MEDIA PLATFORM TELEGRAM WHICH IS AN ENCRYPTED PLATFORM
 2  BASED OVERSEAS WHICH ISIS ENCOURAGES AND STILL DOES TODAY
 3  ITS USERS TO USE BECAUSE THEY THINK LAW ENFORCEMENT HAS A KIND
 4  OF HARD TIME COLLECTING RECORDS OR TRYING TO GET INTO THAT
 5  PLATFORM SO IT'S HIGHLY ENCOURAGED BY ISIS BASED ON ENCRYPTION.
 6            BUT ON SEPTEMBER 21ST OF 2016, SAMUEL BAPTISTE CREATES
 7  A TELEGRAM CHANNEL WHICH IS BASICALLY ALMOST LIKE A NEWSPAPER.
 8  BAPTISTE WAS THE ADMINISTRATOR IN WHICH HE JUST POSTS
 9  INFORMATION.  NO ONE CAN COMMENT IN THIS PARTICULAR CHANNEL AND
10  NO ONE ELSE SEES WHO IS A MEMBER OF THE ROOM.  IT'S JUST A ONE
11  SIDED CONVERSATION.
12            HE CREATES A CHANNEL THAT HE CALLS DAGRUL JIHAD WASCAS
13  (PH) WHICH TRANSLATE INTO ENGLISH BASICALLY REMEMBERING CRIME
14  AND PUNISHMENT.  AND HE POSTED A DESCRIPTION IN HIS OWN WORDS
15  ON A PAGE WHICH WAS HADID ACAM CURRENTS EVENTS, POEMS AND
16  STORIES ALONG WITH OTHER POEMS, OPERATIONAL SECURITY ADVICE AND
17  PRO BELLA.  IT'S BASICALLY A NARRATIVE FOR CURRENT EVENTS AND
18  POEMS.  OPSET REFERS TO OPERATION SECURITY TO BASICALLY HOW TO
19  PRESERVE YOUR IDENTITY FROM OTHERS, FINDING OUT WHO YOU ARE AND
20  MAKING SURE THAT NO ONE COULD FIGURE OUT WHOSE REALLY DOING
21  SOMETHING.
22            PRO DALA POSTS.  DALA IS ANOTHER TERM FOR ISIS AND
23  IT'S JUST AN ALIAS FOR SOMEONE -- FOR SOME PEOPLE THAT THEY USE
24  FOR ISIS.
25            FOLLOWING ON THAT ON SEPTEMBER 22ND, THE DEFENDANT
```

1  MAKES A PHONE CALL TO THE UNDERCOVER AND SAYS, HEY, I JUST MADE
2  THIS NEW PAGE.  THIS IS WHAT IT'S CALLED, AND HE IDENTIFIES THE
3  PAGE BY NAME AS PREVIOUSLY MENTIONED AND HE SAYS, I ADD YOU TO
4  MY PAGE BECAUSE IT'S AN INVITE LINK.  YOU HAVE TO GET ON THE
5  LINK TO JOIN THE PAGE SO THAT'S HOW YOU GET IN.  SO HE ADDS THE
6  UNDER UNDERCOVER AS AN ADMINISTRATOR TO THAT PARTICULAR PAGE.
7         BAPTIST BECOMES A -- I'M SORRY.  BAPTISTE BECOMES A
8  PROLIFIC POSTER ON THE PAGE.  IT WAS ALL UPDATES ON ISIS
9  ATTACKS, LAND ISIS HAD TAKEN, LAND ISIS HAD LOST, AND ALL ISIS
10 PROPAGANDA VIDEOS INCLUDING MULTIPLE BEHEADING VIDEOS THAT ISIS
11 WAS CALLED TO.
12        BAPTISTE ENCOURAGED LOAN WOLF ATTACKS, PEOPLE TO
13 COMMIT ATTACKS ON THEIR OWN WITHOUT THE HELP OF OTHERS AND HOW
14 EFFECTIVE THAT WAS AND THEN HE ADVOCATED PEOPLE TO GO OVERSEAS
15 TO JOIN ISIS IF THEY WERE ABLE TO.
16        AT A LATER DATE HE CREATES AN ADDITIONAL CHANNEL.  ON
17 OCTOBER 25TH OF 2016 ENTITLED JIHADI GEAR AND SAMUEL BAPTISTE
18 WAS THE ADMINISTRATOR OF THAT PARTICULAR CHANNEL.
19        IT'S IMPORTANT TO NOTE THAT THROUGH THE SEARCH OF THIS
20 PHONE POST-ARREST ON OCTOBER 26TH HE POSTED THAT LINK TO THE
21 GROUP ON HIS FIRST PAGE, DECOOL JIHAD WALA KASAS (PH) AND THEN
22 HE TALKED TO THE UNDERCOVER THROUGH PRIVATE TELEGRAM MESSAGES
23 AND THE UNDERCOVER WAS ABLE TO CONFIRM THAT BAPTISTE WAS THE
24 ONE WHO CREATED AND ADMINISTERED THAT PAGE.
25        NOW, INFORMATION IS POSTED ON THAT CHANNEL CREATED BY

1   BAPTISTE INCLUDING INFORMATION ABOUT HOW TO MAKE HOMEMADE
2   DEADLY WEAPONS, A LOT OF ALTERNATIVES TO FIREARMS BECAUSE NOT
3   EVERYBODY CAN ACCESS FIREARMS BASED ON WHETHER THEY COULD
4   (INAUDIBLE) OR IF THEY WERE A CONVICTED TELEPHONE.  SO THERE
5   ARE A LOT OF POSTINGS ABOUT STUN GUNS, CROSSBOWS, HOW TO PUT
6   EXPLOSIVE ARROWS OR ARROW TIPS FOR CROSSBOW USE, HOW TO MAKE
7   FORTRESSES, DEFENSIVE POSITIONS AND BOOBY-TRAPS.
8           ON NOVEMBER 2ND BAPTISTE CREATES A THIRD PAGE WHICH IS
9   CALL JIHADI GEAR DISCUSSION GROUP AND THIS IS THE ONLY PAGE HE
10  CREATES WHERE THE USERS CAN ACTUALLY COMMENT BACK AND FORTH TO
11  ONE ANOTHER AND EVERYBODY CAN SEE THAT.  HE PROVIDES A LINK TO
12  THE UNDERCOVER ON NOVEMBER 3RD AND CONFIRM THAT THIS PARTICULAR
13  ACCOUNT WAS IN FACT HIS NEW CREATION.
14          ON NOVEMBER 5TH BATISTE CHANGES THE NAME TO JIHADI
15  GEAR PRIVATE BECAUSE HE ALSO CREATES ON THAT SAME DAY A J-GEAR
16  PUBLIC CHANNEL.  AGAIN HE INVITES THE CHS ON NOVEMBER 2ND TO
17  JOIN THAT GROUP.
18          ON NOVEMBER 4TH ROUGHLY TWO OR THREE HOURS LATER THE
19  CHS ASKS BAPTISTE TO CHECK HIS PRIVATE MESSAGES BECAUSE THE CHS
20  HAD SENT HIM A PRIVATE MESSAGE AND THE CHS IS INVITED ONTO
21  BAPTISTE'S PAGE.
22          BAPTISTE INVITES THE CHS INTO HIS JIHADI GEAR PRIVATE
23  PAGE OR CHANNEL WHICH THE CHS WAS PREVIOUSLY ONLY IN THE
24  DISCUSSION CHANNEL.  SO NOW THE CHS LOOKS AT THIS AND SAYS,
25  HEY, WAS THIS PAGE OR CHANNEL CREATED TO HELP OUT OTHERS,

1  MEANING ISIS OR ISIS SYMPATHIZERS, AND BAPTISTE RESPONDS WITH
2  THE RESPONSE OF, AMEN.  AND THEN BAPTISTE TWO MINUTES LATER
3  SAYS, YES.  THIS IS WHAT THE GROUP WAS CREATED FOR.  RESPONDING
4  TO THE PREVIOUS REQUEST, IT'S TO HELP THE BROTHERS.
5           THEREAFTER ON NOVEMBER 4TH BAPTISTE POSTS A LONG QUOTE
6  WHERE HE REFERS TO ISIS LEADERS SHAM, WHICH AT THE TIME IT IS
7  OR WAS ISIS' TERRITORY THAT THEY HAD IN IRAQ AND SYRIA, AND
8  PART OF THAT QUOTE IS BAPTISTE SAYING, THOSE WHO COULD NOT MAKE
9  HAGERRA (PH) MEANING THOSE WHO CAN'T TRAVEL TO JOIN ISIS
10 STRIKING IN THE HEARTLAND OF THE KAFARA, AND KAFARA IS JUST
11 ANOTHER TERM FOR NONBELIEVERS.  SO ANYONE WHO'S NOT WITH THEM
12 IS WHAT THEY CONSIDER.
13          TWO MINUTES LATER HE POSTS A DISCLAIMER ON THE PAGE
14 AND SAYS -- AND THIS IS A DIRECT QUOTE OF THE DISCLAIMER, THIS
15 CHANNEL IS IN NO WAY ADVOCATING OR MAKING A CALL TO ANY FORM OF
16 ACTION.  INFORMATIONAL PURPOSES ONLY BUT WHAT IS INFORMATION IF
17 YOU DON'T USE IT.
18          THERE ARE ALSO VIDEOS POSTED, AND THERE IS A YOUTUBE
19 VIDEO POSTED ABOUT HOW TO MAKE A HOMEMADE SHOTGUN, HOW TO MAKE
20 BOBBY TRAPS AND HOW TO MAKE EXPLOSIVE TRIP WIRE LINES.
21          AN HOUR AND 10 MINUTES LATER HE POSTS A PDF DOCUMENT
22 ENTITLED, MORALE DOCTRINE OF JIHAD, WHICH IS KNOWN AS A
23 DOCUMENT THAT ENCOURAGES PEOPLE TO DO VIOLENCE ON BEHALF OF
24 ISLAM.
25          THE NEXT DAY ON NOVEMBER 5TH BAPTISTE PUTS NOW THE

1  PRIVATE TERM ON THE JIHADI (INAUDIBLE) GEAR CHANNEL AND IT'S
2  NOW CALLED JIHADI GEAR PRIVATE.
3        ON NOVEMBER 6TH OF 2016 IN THE EARLY AFTERNOON,
4  BAPTISTE BEGINS POSTING AGAIN, THIS TIME WHAT HE CALLS SOME
5  STUFF ON BLACK POWDER, AND HE SHOWS THINGS ABOUT RIFLE
6  ACCURACY.  AN HOUR LATER AFTER THAT HE SHARES A QUOTE THAT HE
7  TOOK FROM THE KORAN THAT IS ABOUT TERRIFYING THE ENEMY OF ALA
8  AND THE QUOTE READS, AND PREPARE AGAINST THEM WHATEVER YOU ARE
9  ABLE OF POWER AND OF DEEDS OF WAR WHICH YOU MAY TERRIFY THE
10 ENEMY OF ALA AND YOUR ENEMY AND OTHERS BESIDES THEM WHO WE DO
11 NOT KNOW BUT WHOM ALA KNOWS, AND WHATEVER YOU SPEND IN THE
12 CAUSE OF ALA WILL BE FULLER PAID TO YOU AND YOU'LL NOT BE
13 WRONG.
14        ONE MINUTE AFTER THAT QUOTE BAPTISTE POSTS MORE STUFF
15 ON PIPE BOMBS.  HE SHOWS A VIDEO ON HOW BLACK POWDER CAN BLOW
16 UP A TREE.  TWO MINUTES LATER HE PUTS UP A DISCLAIMER UP THERE
17 IN WHICH HE USES A VIRTUAL PRIVATE NETWORK TELLING PEOPLE, MAKE
18 SURE YOU'RE USING THE VPM WHEN YOU'RE SEARCHING SENSITIVE
19 SUBJECTS AS THAT COULD PUT YOU UNDER INTENSE SCRUTINY, AND
20 GIVES EXAMPLES OF SEARCHING FOR TERMS SUCH AS RAQQA AND MUSCLE
21 WHICH WERE ISIS TOWNS AT THE TIME, SPEECHES OF THE KHILAFAHITA
22 WHICH IS THE LEADER OF ISIS OR ANYTHING THAT TALKS ABOUT BOMBS,
23 EXPLOSIVES OR WEAPONS.
24        BUT MOST IMPORTANTLY, APPROXIMATELY SEVEN MINUTES
25 AFTER THAT TWO DOCUMENTS ARE POSTED BY BAPTISTE, ONE CALLED

1  INSTRUCTIONS ON HOW TO MAKE A HOMEMADE PIPE BOMB AND THE SECOND
2  ONE IS A LINK TO PIPE BOMBS BY ERIC HARRIS.
3           HE ALSO THEREAFTER POSTS ON THIS CHANNEL INSTRUCTIONS
4  OF HOW TO MAKE A HOMEMADE PIPE BOMB, INSTRUCTIONS OF HOW TO
5  MAKE A PIPE BOMB, AND PIPE BOMBS AS WELL AS IMPROVISED
6  EXPLOSIVE DEVICES AND A BLACK BOOK.  THIS BLACK BOOK ALSO HAS
7  QUOTES THAT GO ALONG WITH IT.
8           THE QUOTES INDICATE, I ADVISE YOU ALL TO SHARE THIS
9  INFORMATION AND INTERNALIZE IT.  MAYBE YOU DON'T GO OUT IN THE
10 SAKE OF ALA.  MAYBE JUST MAYBE YOU ARE ONE OF THE CREATIVE ONES
11 WHO WERE TRYING TO PAINT THE RED PICTURES IN YOUR OWN LAND.
12 PERHAPS THAT IS FURTHEST FROM YOUR MIND AND YOU WANT TO SIMPLY
13 KNOW HOW TO REACT WHEN THINGS HIT THE FAN OR MAYBE YOU KNOW
14 PEOPLE WHOM THIS WILL BENEFIT.  WITHOUT FURTHER ADO OR DELAY I
15 MUST LET YOU KNOW THAT GUNS ARE NO LONGER POINTED AT THE SKY
16 BUT RATHER THEY ARE POINTED AT YOU, MAIN POINT, WE SHARE, FROM
17 YOUR BROTHERS AT CYBER KHALIFA, EXCELLENT FETCHING GIFT.
18           THE FBI HAD THE OPPORTUNITY TO TAKE A LOOK AND EXAMINE
19 THESE POSTINGS.  THESE DOWNLOADED DOCUMENTS WERE SENT TO THE
20 FBI LABORATORY EXPLOSIVE DIVISION.  THEY WERE ABLE TO DO AN
21 ANALYSIS AND ANALYZE THE FACTS THAT THESE WERE ALL VALID
22 INSTRUCTIONS FOR EXPLOSIVES DEVICES IF THEY WERE CONSTRUCTED
23 ACCORDING TO PLANS.
24           ULTIMATELY THESE POSTS CONTINUE, POSTS THAT ARE VERY
25 SIMILAR TO THEM UNTIL NOVEMBER 9TH OF 2016.  THESE POSTS STAY

1  ON THE SAME TOPIC.  MORE POSTS ABOUT DEFENSIVE FORTRESSES WITH
2  EXAMPLES FROM ISIS AND HOW TO DO IT.
3       HE TALKS ABOUT IMPROVISED EXPLOSIVE DEVICES AND
4  FACILITIES THAT ISIS HAS OVER IN IRAQ.  HE TALKS ABOUT HOW ISIS
5  WANTS TO USE DRONES, AND THEN HE POSTS A DOCUMENT CALLED 44
6  WAYS TO JIHAD LIKE ANWAR AL AWLAKI, WHICH IS A DOCUMENT KNOWN
7  FOR ESPECIALLY WESTERN ENGLISH SPEAKERS TO RADICALIZE THEM TO
8  COMMIT JIHAD.
9       ON NOVEMBER 9TH OF 2016, BAPTISTE IS ARRESTED BY THE
10 FBI ON UNRELATED FIREARMS CHARGES.  THE DEFENDANT GIVES A
11 RECORDED POST MIRANDA STATEMENT AND HE ADMITS USING THE
12 TELEGRAM ACCOUNT THAT WAS LINKED TO THE TELEPHONE NUMBER AND HE
13 CONFIRMS THAT IT WAS HIS PHONE NUMBER AND WAS HIS ACCOUNT.
14      HE CONFIRMS THAT HE WAS ACTUALLY THE OWNER OF ALL FOUR
15 OF THESE CHANNELS THAT WE HAD PREVIOUSLY TALKED ABOUT, AND HE
16 TOLD LAW ENFORCEMENT THAT ABU DAKR AL-BAGHDADI WHO WAS THE
17 LEADER OF ISIS WAS A LEGITIMATE LEADER AND THAT HE WILL BE
18 LEGITIMATE AS THE LEADER OF THE ISLAMIC WORLD UNTIL HE WAS
19 DEAD.  BAPTISTE ALSO AGREED WITH THE PULSE NIGHTCLUB ATTACK AND
20 HE DIDN'T SEE ANYTHING WRONG WITH THAT.
21      AT THE END OF THE INTERVIEW THE FBI SUMMARIZED TO HIM
22 THAT HE WAS THE ONE WHO PUT THE VIDEOS AND MANUALS ON THE
23 TELEGRAM CHANNELS OF THE JIHADI GEAR PRIVATE AND JIHADI GEAR
24 DISCUSSION GROUP ON J-GEAR PUBLIC, AND THE DEFENDANT NODDED HIS
25 HEAD AND MADE AN AFFIRMATIVE HAND MOTION THAT IN FACT THAT HE

1  WAS THE ONE WHO HAD DONE THAT.

2           LAW ENFORCEMENT AS I MENTIONED EARLIER SEIZED HIS

3  PHONE AND WAS ABLE TO LOCATE AND DOWNLOAD INFORMATION AND FIND

4  THE CHANNELS THAT WE HAD JUST DISCUSSED LOCATED ON HIS PHONE

5  THEMSELVES.

6           THAT WOULD CONCLUDE THE PROPER AS TO THE FACTS OF THIS

7  NEW CASE.

8           THE COURT:  IS HE -- I'M LOOKING AT THE PRETRIAL

9  SERVICE REPORT.  IS HE DOING TIME RIGHT NOW ON THE -- ON THE

10 FELON IN POSSESSION CHARGE?

11          MR. ANTON:  YES, JUDGE.  HE IS CURRENTLY SERVING AN 80

12 MONTH TERM IN FEDERAL PRISON.

13          THE COURT:  OKAY.  SO I THINK I CAN'T RELEASE HIM

14 ANYWAY, RIGHT?

15          MR. ANTON:  THAT'S CORRECT.

16          THE COURT:  MISS BHARATHI?

17          MS. BHARATHI:  YES, YOUR HONOR.

18          I UNDERSTAND HE IS CURRENTLY SERVING A SENTENCE IN

19 FEDERAL PRISON.

20          WE DO HAVE SOME QUESTIONS REGARDING THE STRENGTH OF

21 THE CASE.  IT SHOULDN'T TAKE MORE THAN FIVE MINUTES.

22          THE COURT:  BUT I DON'T NEED (INAUDIBLE) ISSUE A

23 DETENTION ORDER.  I CAN'T RELEASE HIM ANYWAY, RIGHT?

24          MS. BHARATHI:  YOUR HONOR, CERTAINLY IF THE COURT DID

25 ENTER A BOND IN THIS MATTER HE WOULD NOT BE RELEASED.

1                I WOULD SAY THAT IT'S AKIN TO AN IMMIGRATION HOLD
2    WHERE OFTEN TIMES THE GOVERNMENT STATES BECAUSE A PERSON IS
3    SUBJECT TO AN IMMIGRATION HOLD THE COURT SHOULD NOT GIVE A
4    DETENTION HEARING OR ALLOW A DETENTION HEARING.  I WOULD ASK
5    THE COURT TO ALLOW ME TO ASK THE AGENT A FEW QUESTIONS
6    REGARDING THE MATTER, BUT I HAVE NO ARGUMENT.
7                THE COURT:  RIGHT.  SINCE I CAN'T RELEASE HIM ANYWAY I
8    CAN JUST -- BECAUSE THEN WE BASICALLY WE'D JUST BE DOING IT FOR
9    DISCOVERY PURPOSES, RIGHT?
10               MS. BHARATHI:  WELL, YOUR HONOR, I THINK THERE IS
11   NOTHING IN THE RULE THAT PROHIBITS THE DETENTION HEARING FROM
12   GOING FORWARD EVEN IF THERE IS A CURRENT SENTENCE IN PLACE.  SO
13   I WOULD SAY THAT UNDER THE RULES HE IS STILL ALLOWED TO THE
14   PROCESS OF HEARING THE GOVERNMENT'S CASE, IT'S A HEARING OF
15   WHAT THE AGENT WOULD HAVE TO SAY ABOUT THE STRENGTH OF THE
16   CASE.
17               THE COURT:  RIGHT.  I'M NOT SO SURE THAT'S CORRECT.
18   BUT IF I WAS GOING TO ENTER A DETENTION ORDER I THINK YOU'RE
19   PROBABLY RIGHT.  I WAS GOING ENTER A $250,000 CORPORATE SURETY
20   BOND WITH A NEBBIA REQUIREMENT, ADDITIONAL CONDITIONS WOULD BE
21   SET AT A LATER DATE IF NECESSARY.
22               THE DEFENDANT IS CURRENTLY SERVING A SENTENCE.  AND SO
23   I CAN'T RELEASE HIM EVEN IF I AGREED WITH HIM.  SO THAT -- I
24   DON'T NEED TO HEAR FROM THE AGENT ON THAT.  OKAY?
25               MS. BHARATHI:  OKAY.

1       MR. ANTON:  THANK YOU, JUDGE.

2       THE COURT:  WHILE YOU'RE IN OUR CUSTODY, MR. BAPTISTE,

3  YOU'LL CONTINUE TO HAVE AN OPPORTUNITY TO MEET WITH YOUR FAMILY

4  AND MEET WITH YOUR LAWYER TO PREPARE FOR YOUR DEFENSE OF THIS

5  CASE.

6       THANK YOU.

7       MR. ANTON:  THANK YOU, JUDGE.

8                              - - -

C E R T I F I C A T E

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

    I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT THE FOREGOING 15 PAGES CONSTITUTE A TRUE TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN THE CITY OF MIAMI, FLORIDA, IN THE MATTER THEREIN STATED.

    IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 17TH DAY OF SEPTEMBER 2018.

                        /S/CARL SCHANZLEH
                        CARL SCHANZLEH, RPR-CM
                        CERTIFIED COURT REPORTER
                        9960 SW 4TH STREET
                        PLANTATION, FL 33324
                        TELEPHONE 954 424-6723