UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SAMUEL BAPTISTE,

      Defendant.

_____/

## MOTION TO TRANSFER

The Defendant, Samuel Baptiste, through undersigned counsel, and pursuant to *Southern District of Florida Internal Operating Procedures* 2.06.00 and 2.15.00, moves this Court to transfer the instant case to the Honorable Marcia G. Cooke, and states as follows:

Mr. Baptiste is charged in the instant case with four counts of distributing information pertaining to explosives, in violation of 18 U.S.C. § 842(p); one count of attempting to provide material support to a foreign terrorist organization, in violation of 18 U.S.C. § 2339B(a)(1); and one count of attempting to provide material support to terrorists, in violation of 18 U.S.C. 2339A(a). (D.E. 1.) The trial of this matter is scheduled for the two-week trial period beginning October 29, 2018, with a calendar call on October 25, 2018. (D.E. 8.)

Mr. Baptiste is presently serving an 80-month sentence arising out of Case No. 16-CR-20907-Cooke. Because, as set forth below, the charges in the instant case

1

are related to the facts of the 2016 case and because the transfer of the instant case to Judge Cooke would avoid the unnecessary duplication of judicial labor, Mr. Baptiste respectfully requests that the Court transfer this case to Judge Cooke for further proceedings.

*Southern District of Florida Internal Operating Procedures* 2.06.00 and 2.15.00 allow the transfer of a higher-numbered case to the judge assigned the lower-numbered case, as well as provide for the transfer of similar actions where their separate disposition would appear to entail the unnecessary duplication of judicial labor.

In case number 16-CR-20907-Cooke, Mr. Baptiste was charged, together with a co-defendant, with attempting to export firearms to Haiti, in violation of 18 U.S.C. §§ 554(a) and 922(g); and with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). (Case No. 16-CR-20907, D.E. 17.) The complaint in that case detailed the origin of the investigation that led to those charges: FBI Special Agent Timothy Dietz alleged in his affidavit that FBI agents had been monitoring Mr. Baptiste's social media accounts since 2014, as a result of posts they believe he made praising designated terrorists and terrorist groups, disseminating extremist propaganda, and promoting travel in support of jihad. (Case No. 16-CR-20907, D.E. 1 at 2.) An FBI undercover employee (UCE) and confidential human source (CHS) also recorded multiple conversations and meetings with Mr. Baptiste. (*Id.* at 2-8.)

Two of those recorded meetings were the source of the charges in the 2016 case. Mr. Baptiste was charged with possessing a firearm on October 23, 2016,

arising out of a trip to a shooting range, and with attempting to export firearms to Haiti, arising out of a meeting with the CHS on November 5, 2016. (Case No. 16-CR-20907, D.E. 1, 17, 45.) On March 29, 2017, Mr. Baptiste pled guilty to one count of possessing a firearm as a convicted felon. (Case No. 16-CR-20907, D.E. 42, 44, 45.) The Probation Office prepared a full presentence investigation report (PSI) (Case No. 16-CR-20907, D.E. 56). And on June 21, 2017, Judge Cooke sentenced Mr. Baptiste to a term of 80 months imprisonment. (D.E. 58.)

The charges in the instant case also stem from law enforcement monitoring social media posts they ascribe to Mr. Baptiste, all of which predate his arrest for the 2016 case and which were outlined in the Complaint in the lower-numbered case. Specifically, the indictment charges Mr. Baptiste with distributing materials pertaining to explosives via a cloud-based messaging service called Telegram on November 6, 2016. (D.E. 1.) And while the 2016 case did not involve charges related directly to the social media posts, Mr. Baptiste's alleged activity on various social media platforms was discussed not just in the Complaint, but also in the discovery and even in the PSI prepared in that case. (Case No. 16-CR-20907, D.E. 56 at 4-5.)

Thus, because of the overlap between the 2016 case and the instant case, a transfer of this higher-numbered case to Judge Cooke, who presided over the lower-numbered case, serves the interests of judicial economy and would avoid the unnecessary duplication of judicial labor  .

AUSA Marc Anton advises that the government opposes the transfer of this case to Judge Cooke

WHEREFORE, the Defendant, Samuel Baptiste, requests that the Court transfer the instant case to Judge Cooke, who presided over his lower-numbered criminal case. A proposed order is attached.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: */s/Abigail E. Becker*
Assistant Federal Public Defender
Florida Bar No.: 072284
150 W. Flagler Street, Suite 1700
Miami, Florida  33130
Tel:  305-530-7000/Fax:  305-536-4559
abigail_becker@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Abigail E. Becker*

4