UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SAMUEL BAPTISTE,

    Defendant.

_____/

## ORDER DENYING MOTION TO TRANSFER

THIS CAUSE came before the Court upon Defendant's Motion to Transfer [ECF No. 12]. The Court has reviewed the motion, and the government's response filed thereto [ECF No. 14] and being otherwise fully advised in the premises, it is, hereby:

**ORDERED AND ADJUDGED** that the Motion to Transfer [ECF No. 12] is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___1___ day of October, 2018.

                                                   JOSE E. MARTINEZ
                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record