UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SAMUEL BAPTISTE,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

The Defendant, Samuel Baptiste, through undersigned counsel, respectfully submits his unopposed motion to continue the trial setting and the deadline to file pretrial motions in this cause and states in support the following.

Mr. Baptiste is charged in a six-count indictment with four counts of distributing information pertaining to explosives, in violation of 18 U.S.C. § 842(p)(2)(A); attempting to provide material support to a designated foreign terrorist organization, in violation of 18 U.S.C. § 2339B(a)(1); and attempting to provide material support to terrorists, in violation of 18 U.S.C. § 2339A(a). (D.E. 1.) The trial of this cause is presently set for the two-week period beginning October 29, 2018, with a calendar call on October 24, 2018. (D.E. 8, 19.)

On September 25, 2018, the government filed its first response to the standing discovery order and made its first discovery production, consisting of 24 disks and 2 flash drives. This first discovery production includes more than 10 disks

that contain a total of scores of hours of recorded telephone conversations, thousands of pages of other communications, and tens of thousands of pages of third-party records. The first discovery production also includes the forensic examinations of four electronic devices. Additional discovery productions, including the forensic examinations of other electronic devices, have been requested and are expected.

Additionally, the government has indicated that issues of discovery, disclosure or use of classified information may arise during this case, and has requested a pretrial conference pursuant to 18 U.S.C. App. III (CIPA) Section 2. (D.E. 17.)

To adequately prepare and investigate this case, counsel for Mr. Baptiste must thoroughly review the voluminous discovery that has already been produced and the additional discovery that is forthcoming. Additionally, counsel for Mr. Baptiste must conduct their own investigation of the circumstances surrounding the alleged offenses.

Undersigned counsel respectfully requests a six-month continuance of the trial date in order to fully review the voluminous discovery, investigate the case, and to effectively counsel Mr. Baptiste.

This motion is filed in good faith and will not cause undue delay.

AUSA Marc Anton has authorized the undersigned to represent that the government does not oppose the requested relief.

WHEREFORE Mr. Baptiste respectfully requests that the Court continue the

trial of this matter for a period of six months and impose a deadline for the filing of pretrial motions one month prior to the date of the calendar call.

                Respectfully submitted,

                MICHAEL CARUSO
                FEDERAL PUBLIC DEFENDER

By:   */s/Abigail E. Becker*
       Abigail E. Becker
       Assistant Federal Public Defender
       Florida Bar No.: 072284
       150 W. Flagler Street, Suite 1700
       Miami, Florida 33130
       Tel: 305-530-7000/Fax: 305-536-4559
       E-Mail Address: abigail_becker@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                */s/Abigail E. Becker*