UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HEARING MINUTES FOR HON. JOSE E. MARTINEZ**

Date: October 24, 2018                             Case No: 18-20613-CR-MARTINEZ

Clerk: Wanda Holston                              Reporter: Dawn Savino

Interpreter: _____                         Probation: _____

**UNITED STATES OF AMERICA vs.** Samuel Baptiste

AUSA: Marc Anton

Defendant(s) Counsel: Abigail Becker

Defendant(s): Present: ____  Not Present  **X**   In Custody  **X**

**Reason for hearing**:            Calendar Call

**Result of hearing:**             Hearing Held

1. Court grants in part unopposed motion to continue trial [ECF No. 20], new dates are 1-31-2019 calendar call; 2-4-2019 trial date. Parties may revisit this request. Court requested for counsel to have defendant sign a form regarding speedy trial. Separate order to follow.

2. Pretrial motions are due 1 week prior to call which is (1-24-2019).

3. Court allows the government 45 days from today (10-24-2018) to file motion for pretrial conference pursuant to 18 U.S.C. APP. III (CIPA) Section 2.