UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SAMUEL BAPTISTE,

    Defendant.

_____/

**NOTICE OF REQUEST FOR DISCLOSURES OF 404(b) EVIDENCE
AND EXPERT WITNESS SUMMARIES**

Samuel Baptiste, through undersigned counsel, files this notice of request to supplement certain discovery disclosures pursuant to Fed. R. Evid. 404(b) and Fed. R. Crim. P. 16(a)(1)(G):

1.    Mr. Baptiste requests disclosure of all evidence of other crimes, wrongs or acts that the government intends to introduce at trial, in its case-in-chief or in rebuttal, as required by the 1991 amendment to Fed. R. Evid. 404(b) (requiring disclosure and notice upon request by the accused). The government must specify the general nature of any such evidence and should articulate with precision the evidentiary purpose of the evidence offered. *See United States v. Birch*, 39 F.3d 1089, 1093 (10th Cir. 1994). Accordingly, the defendant requests that the government identify the date, time and location of the alleged incident, the witnesses who will testify about the incident, the nature of the incident, and the

1

purported relevance to this case. *See United States v. Spinner*, 152 F.3d 950, 961 (D.C. Cir. 1998) (merely providing physical or other evidence to the defense in the course of discovery does not satisfy the explanatory obligation imposed on the government under Fed. R. Evid. 404(b)); *United States v. Perez-Tosta*, 36 F.3d 1552, 1561 (11th Cir. 1994) (purpose of Fed. R. Evid. 404(b) notice requirement is to protect defense from "trial by ambush"). Additionally, Mr. Baptiste requests disclosure of all *Brady/Agurs/Giglio* and *Napue* material pertaining to each such incident.

2.  Mr. Baptiste also requests disclosure under Fed. R. Crim. P. 16(a)(1)(G) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: */s/Abigail E. Becker*
Assistant Federal Public Defender
Florida Bar No.: 072284
150 W. Flagler Street, Suite 1700
Miami, Florida  33130
Tel:  305-530-7000/Fax:  305-536-4559
abigail_becker@fd.org

2

**CERTIFICATE OF SERVICE**

I HEREBY certify that on October 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Abigail E. Becker*