**CORRECTED MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HEARING MINUTES FOR HON. JOSE E. MARTINEZ**

Date: January 2, 2019     Case No: 18-20613-CR-MARTINEZ

Clerk: Wanda Holston     Reporter: Dawn Savino

Interpreter:     Probation:

**UNITED STATES OF AMERICA vs.** Samuel Baptiste

AUSA: Marc Anton

Defendant(s) Counsel: Abigail Becker; Kathleen Mollison

Defendant(s): Present:  X     Not Present     In Custody  X

**Reason for hearing**:

Status Conference/RE: Counsel

**Result of hearing:**     Hearing Held
portions of this hearing was held Ex Parte

1. Court denied defendant's ore tenus motion to terminate counsel.

2. Court grants unopposed motion to continue trial **(DE 29).**

3. Trial continued to 5-13-2019, with a calendar call on 5-9-2019**,** separate order to follow.