UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 18-20613-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

SAMUEL BAPTISTE,

                    Defendant,
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**PURSUANT** to 28 U.S.C. Section 636 and the Magistrate Rules for the Southern District of Florida, the above captioned cause is hereby referred to **Magistrate Judge Alicia M. Otazo-Reyes**, for a Evidentiary Hearing to make a determination, and take all necessary and proper action as required by law with respect to: **Defendant's Unopposed Motion for *Faretta* Hearing [ECF No. 38].**

**DONE AND ORDERED** in Chambers, at Miami, Florida this 15 day of January, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Otazo-Reyes
All Counsel of Record