UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 18-20613-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SAMUEL BAPTISTE,

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTION DEADLINE

THIS MATTER came before the Court upon Defendant Samuel Baptiste's Unopposed Motion to Extend Pretrial Motion Deadline [ECF No. 42]. The Court having reviewed the motion and otherwise being fully advised. It is

**ORDERED AND ADJUDGED** that the Unopposed Motion to Extend Deadline for Pretrial Motions [ECF No. 42] is **GRANTED**. The deadline for the filing of pretrial motions is **Monday, February 25, 2019**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22 day of January, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate JudgeOtazo-Reyes
All Counsel Of Record