UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20613-CR-MARTINEZ/AOR

UNITED STATES OF AMERICA,

v.

SAMUEL BAPTISTE,

    Defendant.
_____/

## ORDER

**THIS MATTER** came before the Court upon Defendant Samuel Baptiste's ("Defendant") Unopposed Motion for *Faretta* Hearing [D.E. 35]. This matter was referred to the undersigned by the Honorable Jose E. Martinez, United States District Judge, pursuant to 28 U.S.C. Section 636 and the Magistrate Rules for the Southern District of Florida.

The undersigned held a *Faretta* hearing on February 6, 2019. Based on the colloquy held with Defendant, the undersigned determined that, rather than allowing Defendant to represent himself with all the risks that such a decision would entail, a better course of action would be to appoint substitute counsel pursuant to the Criminal Justice Act ("CJA"). Defendant then agreed to withdraw his request to proceed pro se.

Therefore, it is **ORDERED AND ADJUDGED**, that T. Omar Malone, Esq. is hereby **APPOINTED** as CJA counsel to represent Defendant and that the Federal Public Defender is hereby **DISCHARGED** as counsel for Defendant.

**DONE AND ORDERED** this 7th day of February, 2019.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Jose E. Martinez
    Counsel of record