UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,
v.

SAMUEL BAPTISTE,

    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL RIGHT

I, Samuel Baptiste, through my undersigned counsel, hereby files this waiver of speedy trial right in compliance with Southern District of Florida Local Rule 88.5. I understand and agree that the time from the filing of the Motion for a Continuance of the trial date through the newly scheduled trial date in December of 2019, is excludable time under the Speedy Trial Act.

_____
SAMUEL BAPTISTE

DATED: APRIL 16, 2019

THE MALONE LAW FIRM, P.A., 701 BRICKELL AVE., STE., 1550, MIAMI, FL., 33131, Ph.: 305-728-5134, Fax: 305-728-5288

Respectfully Submitted,

THE MALONE LAW FIRM, P.A.
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Telephone: (305)728-5134
Facsimile: (305)728-5288
Email: omar@malonelawfirm.com

By: _____/S/_____
T. OMAR MALONE, ESQ.
Florida Bar No.: 697796

## CERTIFICATE OF SERVICE

I HEREBY certify that on APRIL 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ T. Omar Malone, Esq.*