UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

SAMUEL BAPTISTE,

    Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL**
**AND TO EXTEND THE DEADLINE FOR FILING PRE-TRIAL MOTIONS**

**THIS CAUSE** came before the Court upon Defendant's Unopposed Motion to Continue Trial and to Extend the Deadline for Filing Pre-Trial Motions [ECF No. 46]. The Court has reviewed the motion and is otherwise fully advised in the premises, therefore

After careful consideration, the Court finds that for the reasons set forth in Counsel's motion the ends of justice will be served by a continuance of the trial as to the Defendant as set forth below, and that an extension outweighs the interest of the public and the Defendant in a speedy trial. Therefore, it is:

**ORDERED AND ADJUDGED** that a Continuance is **GRANTED.** The previous calendar call and trial date are CANCELLED. The trial in this cause is reset to commence **Monday, January 6, 2020 at 9:30 a.m.** at the United States Courthouse, 400 North Miami Avenue, Room 10-1, Miami, Florida 33128. Calendar Call will be held at **1:30 p.m.** on **Thursday, January 2, 2020.** All counsel **must** be present at the calendar call. The Court notes Defendant Samuel Baptiste's Waiver of Speedy Trial Right [ECF No. 52]. **All pre-trial motions shall be filed by Friday, November 29, 2019.**

The Court finds that the period of delay from **March 12, 2019 to January 6, 2020,** and any other trial date set hereafter is excludable in calculating the period within which trial must

commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161,(h)(7)(A). Parties shall file their joint proposed jury instructions as well as verdict forms and proposed voir dire questions if any, one week prior to calendar call.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this \_\_23\_\_ day of April, 2019.

                                                                   JOSE E. MARTINEZ
                                                                   UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Otazo-Reyes
All Counsel Of Record
Samuel Baptiste, pro se