# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 18-20613-CR-MARTINEZ

UNITED STATES,

        **Plaintiff,**

v.

SAMUEL BAPTISTE,

        **Defendant.**

_____/

## EX PARTE MOTION FOR INTERIM CJA PAYMENTS

CRIMINAL JUSTICE ACT Defendant, Samuel Baptiste, by and through undersigned counsel and pursuant to the Court's authorization for counsel and investigator to exceed the statutory fee cap, move this Court for the allowance of CJA counsel and investigator to submit their voucher(s) for interim payment in this matter and in support thereof states:

1.    The Court appointed undersigned counsel to represent Samuel Baptiste, who is charged with (1) Distributing Information Pertaining to Explosives; (2) Attempting to Provide Material Support to a Foreign Terrorist Organization; and (3) Attempting to Provide Material Support to Terrorists.

2.    Undersigned counsel was appointed to represent Defendant Samuel Baptiste, pursuant to Title 18 United States Code, Section 3006A, The Criminal Justice Act.

3.    Based on the complexity of this case, the voluminous amount of discovery and the fact that undersigned counsel and the investigator retained in this matter will need to devote significant and exclusive time to review, analyze and discuss the voluminous amount of discovery and investigation, a sealed application has already been made to exceed the cap on attorney's and investigative fees. The known discovery in this case is approximately 140 Gigabytes of material and prior to his initial arrest in 2016, law enforcement had been

monitoring Mr. Baptiste's online activity and perhaps surveilling him for years.

4.      Undersigned counsel has represented the Defendant in this matter since February 7, 2019 and to date has incurred in excess of 90 hours of out of court time.  The Investigator chosen in this matter will likewise be devoting a significant amount of time exclusively to this matter up to and including trial in early 2020.

5.      Total attorney time spent to date on this matter has already exceeded the statutory cap and the investigator's time will soon exceed the applicable cap too. The time on this matter in excess of the applicable caps for both attorney and investigator will continue to accrue.

6.      The Criminal Justice Act provides for authorization of fees in excess of presumptive caps for matters that are exceedingly complex or long.  This is clearly such a case.

7.      The Guidelines for the Administration of the Criminal Justice Act, Chapter 2, Part C, Paragraph 2.30 also provides for interim payments where it is considered necessary and appropriate to relieve court-appointed attorneys and investigators of financial hardships in extended and complex cases.

WHEREFORE, undersigned counsel respectfully move this Honorable Court to issue the proposed Order (attached) authorizing undersigned counsel and the assigned investigator to submit vouchers for interim payment.

Respectfully submitted,

DATED: May 8, 2019

THE MALONE LAW FIRM, P.A.
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Telephone: (305)728-5134
Facsimile: (305)728-5288
Email: omar@malonelawfirm.com

By: _____/S/_____
T. OMAR MALONE, ESQ.
Florida Bar No.: 697796

<u>**CERTIFICATE OF SERVICE**</u>

WE HEREBY CERTIFY that on this 8th day of May, 2019, a true and correct copy of the

foregoing was been mailed and e-mailed to Assistant United States Attorney Marc Anton.


THE MALONE LAW FIRM, P.A.
701 BRICKELL AVENUE, SUITE 1550
MIAMI, FLORIDA 33131
Telephone: (305)728-5134
Facsimile: (305)728-5288
Email: omar@malonelawfirm.com


By: _____/S/_____
T. OMAR MALONE, ESQ.
Florida Bar No.: 697796