UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL BAPTISTE,

    Defendant.
_____/

## ORDER REGARDING
## INTERIM CJA PAYMENTS

RE:    **Interim Payments for CJA Representation of Counsel and Investigator.**

Because of the voluminous amount of discovery, anticipated length of trial and the concomitant hardship on counsel in undertaking representation full-time for such a period without compensation, and pursuant to paragraph 2.30 of the Guidelines for the Administration of the Criminal Justice Act, the defendant Samuel Baptiste's *Ex Parte* Application is GRANTED and the following procedures for Interim Payments for counsel and investigator shall apply during the course of the representation of the Defendant in this case:

    1. Submission of Vouchers:

Counsel and Investigator shall submit to the court clerk, once every month, interim CJA 20 and CJA 21 Forms, respectively. After submitting the first CJA vouchers under the $11,500.00 (counsel) and $800.00 (investigator) applicable caps plus expenses, Counsel and Investigator shall submit interim CJA vouchers to the court clerk, at monthly interval, including the Compensation earned and reimbursable expenses incurred from the day after the first voucher each month. Each

interim voucher submitted shall reflect all compensation claimed and reimbursable expenses incurred during the time reflected on each voucher.

DONE and ORDERED at Miami-Dade County, Florida on this 14 day of May, 2019.

_____
HON. JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE