Dear, Judge Martinez                                      3rd of June
                                                          Monday
Re: United States v. Samuel Baptiste                      2019
Case No. 18-20613-Cr-Martinez

FILED BY ___ D.C.
JUN 10 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

I hope that this letter finds you at a convenient time. I would like to request a status hearing and am requesting such due to issues arising out of the matter of my defense, actions undertaken by the prosecution in regards to privileged legal correspondence, and other affairs relating to that. There are very grave matters that needs to be addressed. If there isn't a suitable convenient time to conduct a status hearing within the month then I ask that you allow the magistrate judge to preside over these matters. I thank you for your patience and time.

Respectfully Submitted,
Abdul-Jalil Rashid Al-Imarah
(Samuel Baptiste)

Samuel Baptiste #09681-104
FDC Miami
P.O. Box 019120
Miami, FL 33101

Judge Jose E. Martinez
w/Kia D. Ferguson Jr. United States Court
400 North Miami Avenue
Miami, FL 33128