UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL BAPTISTE,

    Defendant.
_____/

**MOTION TO COMPEL
THE BUREAU OF PRISONS AND FEDERAL DETENTION CENTER
TO CEASE OPENING LEGAL MAIL OUTSIDE DEFENDANT'S PRESENCE**

    Defendant, Samuel Baptiste, through undersigned counsel, and pursuant to the Sixth Amendment of the United States Constitution, respectfully petitions this Court to compel the Bureau of Prisons and Federal Detention Center to cease opening the Defendant's legal mail outside of his presence.

**FACTUAL BACKGROUND**

1. Mr. Baptiste is charged by Indictment with distributing information pertaining to explosives in violation of 18 U.S.C. § 842(p)(2)(A) **(Counts One through Four)**; attempting to provide material support or resources to the Islamic State of Iraq and al-Sham ("ISIS"), in violation of 18 U.S.C. § 2339(a)(1) **(Count Five)**; and attempting to provide material support to terrorists, in violation of 18 U.S.C. § 2339A(a) **(Count Six)**.

2. While Mr. Baptiste, by virtue of the charges lodged against him, is subject to a heightened level of restricted communication, those restrictions do not vitiate Mr. Baptiste's Six Amendment right to unfettered access his lawyers, legal team and attorney client communications.

3. Mr. Baptiste informs undersigned counsel that members of the Federal Detention Center staff have been routinely and improperly opening mail from undersigned counsel outside of his presence.

## CONCLUSION

Because the Federal Detention Center violates Mr. Baptiste's Sixth Amendment rights by opening and viewing communications between Mr. Baptiste and his lawyer, we hereby move this Court for an order compelling the Federal Detention Center staff to cease opening Mr. Baptiste's legal mail outside of his presence.

Undersigned counsel attempted to confer with AUSA Marc Anton regarding the relief sought herein, however, he is out of the office until July 1, 2019.

Respectfully submitted,

THE MALONE LAW FIRM, P.A.
701 BRICKELL AVENUE, SUITE 1550
MIAMI, FLORIDA 33131
Telephone: (305)728-5134
Facsimile: (305)728-5288
Email: omar@malonelawfirm.com

By: _____/S/_____
T. OMAR MALONE, ESQ.
Florida Bar No.: 697796

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby effectuated service on all counsel of record.

By: _____/S/_____
T. OMAR MALONE, ESQ.