UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 18-20613-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SAMUEL BAPTISTE,

        Defendant,
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**PURSUANT** to 28 U.S.C. Section 636 and the Magistrate Rules for the Southern District of Florida, the above captioned cause is hereby referred to **Magistrate Judge Alicia M. Otazo-Reyes,** for a Report and Recommendation and to make a determination, and take all necessary and proper action as required by law with respect to: **Motion to Compel the Bureau of Prisons and Federal Detention Center to Cease Opening Legal Mail Outside Defendant's Presence [ECF No. 66]. Defendant's Motion to Compel the Bureau of Prisons and Federal Detention Center to Grant the Defendant's Request to Allow Investigator Entry into the Institution and Request to Allow the Members of the Defense Team to Bring Laptop Computers into the Institution [ECF No. 67].**

**DONE AND ORDERED** in Chambers, at Miami, Florida this \_\_1\_\_ day of July, 2019.

                                                                _____
                                                                JOSE E. MARTINEZ
                                                                UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Otazo-Reyes
All Counsel of Record
Samuel Baptiste, pro se