UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SAMUEL BAPTISTE,

      Defendant.

_____/

## MOTION TO WITHDRAW MOTION TO COMPEL
## DIRECTED TO THE BUREAU OF PRISONS

      Defendant, Samuel Baptiste, through undersigned counsel, and pursuant to the Sixth Amendment of the United States Constitution, hereby withdraws his motion to compel the Bureau of Prisons and Federal Detention Center to approve entry of Defendant's investigator and approve the defense team entry into the institution with laptop computers solely for review of discovery in this case [D.E. 67].

## FACTUAL BACKGROUND

1. Mr. Baptiste filed the foregoing motion to compel [D.E. 67] directed to the Bureau of Prisons and the Federal Detention Center.

2. The Defense and Bureau of Prisons have resolved this matter. Therefore, intervention by the Court is no longer request.

## CONCLUSION

      Wherefore, undersigned counsel hereby withdraws its motion to compel [D.E. 67].

Respectfully submitted,

THE MALONE LAW FIRM, P.A.

701 BRICKELL AVENUE, SUITE 1550
MIAMI, FLORIDA 33131
Telephone: (305)728-5134
Facsimile: (305)728-5288
Email: omar@malonelawfirm.com


By: _____/S/_____
T. OMAR MALONE, ESQ.
Florida Bar No.: 697796


## **CERTIFICATE OF SERVICE**

I HEREBY certify that on July 1, 2019, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF and thereby effectuated

service on all counsel of record.


By: _____/S/_____
T. OMAR MALONE, ESQ.