UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,
v.

SAMUEL BAPTISTE,

    Defendant.
_____/

## MOTION TO UNSEAL FARETTA HEARING

Defendant, Samuel Baptiste, through undersigned counsel, moves to unseal that portion of the Faretta Hearing held in this matter on January 9, 2019.

1. Undersigned counsel attempted to obtain the transcript of the Faretta Hearing held in this matter on January 9, 2019.

2. However, the Court reporter preparing the transcript has advised/reminded undersigned counsel that a portion of the hearing was conducted under seal, presumably, outside the presence of counsel for the government.

3. Thus, undersigned counsel seeks to unseal, for the limited purpose of undersigned counsel obtaining the transcript, that portion of the January 9, 2019 hearing that was conducted under seal.

## CONCLUSION

Wherefore, undersigned counsel hereby moves to unseal, for the limited purpose of undersigned counsel obtaining the transcript, that portion of the January 9, 2019 hearing that was conducted under seal.

Respectfully submitted,

THE MALONE LAW FIRM, P.A.
701 BRICKELL AVENUE, SUITE 1550
MIAMI, FLORIDA 33131
Telephone: (305)728-5134
Facsimile: (305)728-5288
Email: omar@malonelawfirm.com

By: _____/S/_____
T. OMAR MALONE, ESQ.
Florida Bar No.: 697796

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby effectuated service on all counsel of record.

By: _____/S/_____
T. OMAR MALONE, ESQ.