UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
18-20613-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

SAMUEL BAPTISTE,
    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court upon the following motions filed by Defendant Samuel Baptiste:

1. *Pro se* Letter Motion Requesting a Status Hearing ("*Pro se* Letter") [D.E. 62].

2.. Motion to Compel the Bureau of Prisons and Federal Detention Center to Cease Opening Legal Mail Outside Defendant's Presence ("Motion to Compel Re: Legal Mail") [D.E. 66].

3. Motion to Compel the Bureau of Prisons and Federal Detention Center to Grant the Defendant's Request to Allow Investigator Entry into the Institution and Request to Allow the Members of the Defense Team to Bring Laptop Computers into the Institution ("Motion to Compel Re: Investigator ") [D.E. 67].

The motions were referred to the undersigned by the Honorable Jose E. Martinez pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida [D.E. 63, 69]. The undersigned held a hearing upon the aforementioned motions on July 2, 2019.

In accordance with the rulings made at the hearing, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1.	With regard to Defendant's *Pro se* Letter, the request for hearing was GRANTED in that a hearing was held. At the hearing, Defendant's counsel informed the Court that all issues contained in the *Pro se* Letter had been RESOLVED [D.E. 62].

2.	The Motion to Compel Re: Legal Mail [D.E. 66] is DENIED WITHOUT PREJUDICE to its renewal, if appropriate, with respect to any future specific instances of problems with the opening of legal mail, after exhaustion of the grievance process at the Federal Detention Center.

3.	The Motion to Compel Re: Investigator [D.E. 67] is DENIED AS MOOT in light of its withdrawal. See Motion to Withdraw Motion to Compel Directed to the Bureau of Prisons [D.E. 70].

At the hearing the Court also discussed with counsel, Defendant's Motion to Unseal Faretta Hearing ("Motion to Unseal") [D.E. 71]. Subsequent to the hearing, the Court determined that the Motion to Unseal incorrectly referred to a January 9, 2019 hearing before the undersigned, instead of the January 2, 2019 hearing before the Honorable Jose E. Martinez. Accordingly, Defendant shall file a Corrected Motion to Unseal.

**DONE AND ORDERED** this 2nd day of July, 2019.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:	Honorable Jose E. Martinez
	Counsel of record