UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL BAPTISTE,

    Defendant.

_____/

## AMENDED UNOPPOSED MOTION FOR LIMITED UNSEALING OF FARETTA HEARING TRANSCRIPT FOR DISCLOSURE TO DEFENDANT'S COUNSEL ONLY

Defendant, Samuel Baptiste, through undersigned counsel, herby moves this Court for the limited unsealing of the *ex-parte* portion of the January 2, 2019 Faretta Hearing transcript for disclosure to the defense only. In support of the instant motion, undersigned counsel would show the following:

1. Undersigned counsel attempted to obtain the transcript of the Faretta Hearing held in this matter on January 2, 2019.

2. However, the Court reporter preparing the transcript has advised/reminded undersigned counsel that a portion of the hearing was conducted *ex-parte* and under seal.

3. For the limited purpose of obtaining a copy of the transcript, undersigned counsel moves to unseal for disclosure to the defense only, that portion of the January 9, 2019 hearing that was conducted *ex-parte* and under seal.

1

4. Finally, undersigned counsel requests that the portion of the January 2, 2019 hearing that was conducted *ex-parte* and under seal remain under seal and not be made available to the government or the public until the conclusion of this case.

5. At the hearing conducted on July 2, 2019 regarding the instant motion, AUSA Marc Anton indicated that he had no objection to the relief sought herein.

## CONCLUSION

Wherefore, undersigned counsel hereby moves to unseal, for the limited purpose of undersigned counsel obtaining a copy of the transcript, that portion of the January 2, 2019 hearing that was conducted *ex-parte* and under seal.

Respectfully submitted,

THE MALONE LAW FIRM, P.A.
701 BRICKELL AVENUE, SUITE 1550
MIAMI, FLORIDA 33131
Telephone: (305)728-5134
Facsimile: (305)728-5288
Email: omar@malonelawfirm.com

By: _____/S/_____
T. OMAR MALONE, ESQ.
Florida Bar No.: 697796

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on August 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby effectuated service on all counsel of record.

By: _____/S/_____
T. OMAR MALONE, ESQ.