UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL BAPTISTE,

    Defendant.
_____/

## MOTION FOR BILL OF PARTICULARS

    Samuel Baptiste, through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 7(f), moves this Court to order that the government file a bill of particulars responding to the requests set out below. As the Memorandum of Law discusses and as reflected in Mr. Baptiste's Motions to Dismiss, Indictment ("Indictment") contains vague generalities and lacks specificity as to identities of crucial individuals and descriptions of specific acts.

    Moreover, undersigned counsel has retained an expert with extensive knowledge in reviewing and testimonial experience in material support of terrorism cases. Undersigned's expert has reviewed the indictment and evidenced produced thus far and has indicated that the case is so devoid of specifics facts that it is nearly impossible for him to arrive at an informed and objective opinion on the merits as the case currently stands.

    Finally, because discovery in this case is so overwhelmingly voluminous, the requested bill of particulars is necessary to ensure that the Mr. Baptiste can adequately prepare his defense, avoid prejudicial surprise at trial and invoke jeopardy should the need arise.

Finally, the Indictment's lack of specificity seriously impairs Mr. Baptiste's ability to enter a plea of double jeopardy at a subsequent prosecution. Based upon this bare Indictment, the government could theoretically bring a subsequent material support case covering the same time-period and assert that the subsequent case alleges different acts constituting material support. To avoid this issue, the government should be required to notify the defense which acts of material support comprise the basis for the instant charges.

The requested for a bill of particulars are as follows:

### I. THE EXPLOSIVES COUNTS

### COUNTS ONE THROUGH FOUR

1. How did the information alleged to have been distributed by Mr. Baptiste in Counts One through Four was intended to further a Federal crime of violence;

2. How did the information alleged to have been distributed by Mr. Baptiste in Counts One through Four furthered a Federal crime of violence;

3. How did the information alleged to have been distributed by Mr. Baptiste in Counts One through Four was intended to be used to further a Federal crime of violence;

4. What activity that constitutes a Federal crime of Violence do you contend Mr. Baptiste "intended to further" or "furthered" by distributing the information alleged in Counts One through Four; and

5. What specific "Federal crime of Violence" do you allege that Mr. Baptiste "intended to further" or "furthered" by distributing the information alleged in Counts One through Four.

# I. THE MATERIAL SUPPORT COUNTS

## COUNT FIVE

### *Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization*

6. Specify exactly what "material support or resources" Samuel Baptiste provided to the Islamic State of Iraq and Al-Sham ("ISIS"), including a list of each alleged act and date of the act.

7. Identify by name the individual(s) that Mr. Baptist provided "material support and resources to," and state the factual basis for alleging that any such individual is a member of or represents "ISIS".

8. State the time, place, manner, and content or any communication between Mr. Baptiste and any member or representative of "ISIS".

9. State the degree to which the defendants allegedly achieved their criminal objectives.

## COUNT SIX

### *Attempting to Provide Material Support to Terrorists*

10. Specify by name who the "terrorists" are, as alleged in this count.

11. Specify what "material support and resources" Mr. Baptiste allegedly provided to any terrorists.

12. Specify what criminal act Mr. Baptiste allegedly intended to occur by his alleged material support and resources.

13. Identify any intended victims of the crime alleged in this count.

14. State the time, place, manner, and content of any communication between Mr. Baptiste and any terrorist regarding this count.

3

WHEREFORE, the defendant requests that this court allow this motion and order the prosecution to produce a bill of particulars.

Counsel for the government opposes the relief sought in this motion.

Respectfully submitted,

THE MALONE LAW FIRM, P.A.
701 BRICKELL AVENUE, SUITE 1550
MIAMI, FLORIDA 33131
Telephone: (305)728-5134
Facsimile: (305)728-5288
Email: omar@malonelawfirm.com

By: _____/S/_____
T. OMAR MALONE, ESQ.
Florida Bar No.: 697796

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 28th day of August 2019.

By: _____/S/_____
T. OMAR MALONE, ESQ.