# EXHIBIT A

| Last name | First name | AKA | Case No. | Charges | Race | Citizenship | Religion | Add'l Info |
|---|---|---|---|---|---|---|---|---|
| Claxton | Conor Anthony | | 99-cr-6176 | | White | Irish-born | | Irish IRA plot |
| Smyth | Anthony | | | | White | Irish-born | | Irish IRA plot |
| Brown(e | Siobhan | | | | White? | Irish-born | | Irish IRA plot |
| Mullan | Martin | | | | White | Irish | | Irish IRA plot |
| Hassoun | Adham Amin | | 04-cr-6000 | 18 USC § 9. | Middle Eas | Palestinian | Muslim | |
| Jayyousi | Kifah Wael | | | 18 USC § 9. | Middle Eas | US Citizen | | |
| Padilla | Jose | | | 18 USC § 9. | White (His) | US Citizen | Muslim | |
| Qazi | Raees Alam | | 12-cr-6029 | 18 USC § 2. | South Asiar | Naturalizec | Muslim | |
| Qazi | Sheheryar Alam | | | 18 USC § 2. | South Asiar | Naturalizec | Muslim | |
| Salamanca | Victor Daniel | | 06-cr-20001 | | White | Colombian | | FARC |
| Lopez | Julio Cesar Hernan Medina Ochoa | | | | | Venezuelan | | |
| Moheisen | Jalal Saadat | | | | White | Palestinian | | FARC |
| Londono | Bernardo Valdes | | | | White | Colombian | | FARC |
| Ponton Car | Carmen Maria | | | | White | Colombian | | FARC |
| Melo | Jose Tito Libio Ulloa | | | | | Colombian | | FARC |
| Morales | Luis Alfredo Daza | | 06-cr-2037 | 18 USC § 2. | Black | Colombian | | FARC |
| Batiste | Narseal | | | 18 USC § 2. | Black | US Citizen | Muslim? | Liberty City Seven |
| Abraham | Patrick | | | 18 USC § 2. | Black | Haitian | Muslim? | Liberty City Seven |
| Phanor | Stanley Grant | | | 18 USC § 2. | Black | US Citizen | Muslim? | Liberty City Seven |
| Herrera | Naudimar | | | 18 USC § 2. | Black | US Citizen | Muslim? | Liberty City Seven |
| Augustin | Burson | | | 18 USC § 2. | Black | US Citizen | Muslim? | Liberty City Seven |
| Lemorin | Lyglenson | | | 18 USC § 2. | Black | Haitian | Muslim? | Liberty City Seven |
| Augustine | Rotschild | | | 18 USC § 2. | Black | US Citizen | Muslim? | Liberty City Seven |
| McField-Be | Franklin William | | 11-cr-20026 | | Black | Nicaraguan | | Colombian terrorist org |
| Archibold | Jeison | | | | White | Colombian | | Colombian terrorist org |
| Alvarado | Fausto Aguero | | | | | Honduran | | Colombian terrorist org |
| Khan | Hafiz Muhammad Sher | 11-cr-2033 | 18 USC § 2. | South Asiar | US Citizen | Muslim | | |
| Khan | Irfan | | | 18 USC § 2. | South Asiar | US Citizen | Muslim | |
| Khan | Izhar | | | 18 USC § 2. | South Asiar | US Citizen | Muslim | |
| Rehman | Ali | | | 18 USC § 2. | South Asiar | Pakistani | Muslim | Not extradited |
| Zeb | Alam | | | 18 USC § 2. | South Asiar | Pakistani | Muslim | Not extradited |
| Khan | Amina | | | 18 USC § 2. | South Asiar | Pakistani | Muslim | Not extradited |
| Kauser Mo | Gufran Ahmed | | 13-cr-20364 | | South Asiar | US Citizen | Muslim | |

| Said | Mohamed Hussein | 17-cr-20781 | Black | Kenyan | Muslim |
| --- | --- | --- | --- | --- | --- |
| Solano | Vicente Adolfo | 15-cr-10009 | White (Hisp) | Honduran | |
| Suarez | Harlem | 18-cr-20613 | White (Hisp) | Cuban | |
| Baptiste | Samuel | | Black | US Citizen | Muslim |

| Last name | First name | AKA | Case No. | Charges | Race | Citizenship | Religion | Add'l Info |
|---|---|---|---|---|---|---|---|---|
| Qazi | Raees Alam | | 12-cr-60298 | 18 USC § 2339A; 1 | South Asian | US Citizen | Muslim | |
| Qazi | Sheheryar Alam | | | 18 USC § 2339A; 1 | South Asian | US Citizen | Muslim | |
| Rodriguez- | Hector | | 05-cr-20443 | | White (Hisp) | Colombian | | Colombian - AUC related charges |
| Hupper | Richard David | | 08-cr-20410 | | White | US Citizen | | Aiding Hamas |
| Arteaga-Ta | Carlos Alberto | | 10-cr-20094 | 18 USC § 2339B; 2 | White (Hisp) | Peruvian | | Aiding Al Qaeda |
| Tobias-Rod | Osman Jose | | | 18 USC § 2339B; 2 | White (Hisp) | Peruvian? | | Aiding Al Qaeda |
| Khan | Hafiz Muhammad She | | 11-cr-20331 | 18 USC § 2339A; 1 | South Asian | US Citizen | Muslim | |
| Khan | Irfan | | | 18 USC § 2339A; 1 | South Asian | US Citizen | Muslim | |
| Khan | Izhar | | | 18 USC § 2339A; 1 | South Asian | US Citizen | Muslim | |
| Rehman | Ali | | | 18 USC § 2339A; 1 | South Asian | Pakistani | Muslim | Not extradited |
| Zeb | Alam | | | 18 USC § 2339A; 1 | South Asian | Pakistani | Muslim | Not extradited |
| Khan | Amina | | | 18 USC § 2339A; 1 | South Asian | Pakistani | Muslim | Not extradited |
| Hubbard | Gregory | | 16-cr-80107 | 18 USC § 2339B; 1 | Black | | US Citizen? | Muslim |
| Christian | Dayne Antani | | | 18 USC § 2339B; 1 | Black | | US Citizen? | Muslim |
| Jackson | Darren Arness | | | 18 USC § 2339B | Black | | US Citizen? | Muslim |
| Baptiste | Samuel | | 18-cr-20613 | 18 USC § 2339A; 1 | Black | | US Citizen | Muslim |