UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

vs.

SAMUEL BAPTISTE,
    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* review of the record. The record reflects that on September 10, 2019, this Court ordered the Government to respond to the following motions on or before September 11, 2019, [ECF No. 83]: Defendant's Motion for Bill of Particulars, [ECF No. 77]; Defendant's Motion to Compel Discovery in Support of Motion to Dismiss for Racially – and Religiously – Selective Law Enforcement and Prosecution in Violation of the Equal Protection Clause, [ECF No. 78]; Defendant's Motion for Specific Brady, Giglio and Kyles Information, [ECF No. 79]; Defendant's Motion to Dismiss the Indictment for Violating the Defendant's First Amendment Rights Under the United States Constitution, [ECF No. 80]; Defendant's Motion to Dismiss the Indictment for Violating the Fifth and First Amendments of the United States Constitution, [ECF No. 81]; and Defendant's Motion to Dismiss the Indictment for Pre-Indictment Delay, [ECF No. 82]. To date, however, the Government has failed to file a response to any of the above-mentioned motions. It is, therefore:

**ORDERED AND ADJUDGED** that on or before **September 19, 2019**, the Government shall show cause why Defendant's Motions, [ECF Nos. 77, 78, 79, 80, 81, and 82], should not be granted by default. In the alternative, the Government shall file responses in opposition to Defendant's Motions.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of September, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record; Defendant, *pro se*