UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20613-CR-Martinez

UNITED STATES OF AMERICA

v.

SAMUEL BAPTISTE,

        Defendant.
_____/

**GOVERNMENT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND INCORPORATED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE**

COMES NOW, the United States of America, by and through its undersigned attorney, and hereby files its Response to the Court's Order to Show Cause and states as follows:

1)    On September 10, 2019, this Honorable Court entered an Order directing the Government to file a response to six (6) voluminous and lengthy motions totaling in excess of 300 pages filed by Defense Counsel by the next day, less than 24 hours after entry of the Order.

2)    At the time of the entry of the Order, Counsel for the Government was out of the country in Malta, presenting at a counterterrorism seminar hosted by the International Institute for Justice and the Rule of Law, on the case of *U.S. v. Harlem Suarez*, a terrorism case that had been tried before this Honorable Court in 2016.

3)    The undersigned AUSA returned to the office on Tuesday, September 17, 2019, and saw the Order (DE 83) for the first time.

4)    The undersigned AUSA then immediately reviewed the lengthy Motions, and in an effort to respond to them as quickly as possible, enlisted the assistance of National Security Division trial attorneys located in Washington, DC.

5) Based on the complexity of the motions as well as their national implications, the undersigned AUSA is requesting an additional 30 days to file its responses to DE 78-82, and prays that this Honorable Court grants the Government the opportunity to respond in a complete and thorough manner, as this is a very serious case with national security implications.

6) Trial in the instant matter is currently scheduled for January 2, 2020, and brief additional time to file a response will not prejudice the Defendant in any way.

7) The undersigned AUSA has consulted with Defense Counsel who has no objection to the requested additional time to file a response.

Respectfully submitted,

**ARIANA FAJARDO ORSHAN**
UNITED STATES ATTORNEY

By: /s/ Marc S. Anton
MARC S. ANTON
Assistant U.S. Attorney
Florida Bar No. 0148369
99 N.E. 4th Street, Suite 815
Miami, Florida 33132
Tel: (305) 961-9287
Fax: (305) 536-4675
Marc.anton@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Marc S. Anton
Assistant U.S. Attorney