**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 18-CR-20613-JEM

UNITED STATES OF AMERICA
Plaintiff,

vs.

SAMUEL BAPTISTE
Defendant,
_____/

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST FOR A HEARING

**COMES NOW,** undersigned counsel and moves this court, at the request of the defendant, that he be permitted to withdraw as attorney of record in this case.

As reasons for this motion undersigned states as follows:

1. - That on September 27, 2019 Magistrate Judge Otazo-Reyes appointed the undersigned to represent the defendant in the above numbered case.

2. - On October 3, 2019, undersigned visited the defendant Mr. Baptiste. After a brief conversation during which Mr. Baptiste inquired about undersigned's prior trial experience in terrorism cases Mr. Baptiste felt that he wanted a lawyer with more experience in terrorism cases. He asked undersigned to file this motion.

Undersigned counsel conferred with the prosecutor in this case, Mr. Anton on October 3, 2019 and he takes no position in the matter.

Wherefore for cause shown undersigned Counsel moves that this Court conduct a hearing and that counsel's motion be granted and someone more suitable to the defendant's liking be appointed.

>Respectfully Submitted,
>S/LOUIS CASUSO
>LOUIS CASUSO, Esq.
>FL. Bar Number 0179470
>Law Offices of Louis Casuso
>6619 South Dixie Highway, #206
>Miami, Florida 33143
>(305) 374-1500
>(305) 374-0127 fax
>lclouielaw@aol.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 7th day of September, 2019.

>BY: S/LOUIS CASUSO
>    LOUIS CASUSO, Esq.