Addressed to Judge Martinez,

5th of Dec.
Thursday
2019

Re: United States v. Samuel Baptiste
#18-20613-CR-Martinez

FILED BY ___ D.C.
DEC 12 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

To Proceed:

I am making a direct and clear request to the court to be allowed permission to proceed pro se. I am not familiar with the law of Federal criminal procedures as would be a lawyer or much less a law student and understand how beneficial and vital the counsel and representation of an attorney may be at trial. I also understand the penalties in terms of sentence I may be exposed to at trial should I lose. Counsel has not responded to any calls, letters, or emails from me and has declined to further see me to further progress on the case. I am asking that this court permit me to go pro se and continue under CJA to provide me with the current defense investigator and expert witness. I do not wish Louis Casuso involved with my case in any way, shape, or form and not as standby counsel. I request a devoted paralegal or the services a Legal Law Clinic to be appointed as standby counsel whether a student lawyer or otherwise. Counsel has maligned me and spoke ill of me to other clients and has sought to influence me to cooperate with the government against my co-religionist. He is an Islamaphobe

