UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA

v.

SAMUEL BAPTISTE,

    Defendant.
_____/

## GOVERNMENT'S NOTICE OF EXPERT TESTIMONY

The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides notice pursuant to Fed.R.Crim.P. 16(a)(1)(G) of the Government's intent to use expert testimony in its case-in-chief at trial, and states as follows:

**Name of Witness**: Dr. Daniel L. Byman, Professor, School of Foreign Service, Georgetown University

**Training/Qualifications:** Dr. Byman has been a professor at the Georgetown University since 2003 and a Senior Fellow at the Brookings Institution in the Center for Middle East Policy. Dr. Byman's research focuses on terrorism in the Middle East and U.S. counterterrorism strategy. He has received the Provost's extraordinary merit award (2016) for teaching and scholarship and has testified before as an expert in terrorism and national security in *U.S. v. Suarez*, 15-CR-10009-JEM, in the Southern District of Florida in 2017. A copy of Dr. Byman's curriculam vitae (CV) will be sent via e-mail to defense counsel.

**Summary of Testimony/Opinion and Basis:**

    Dr. Byman will be a subject matter expert on various topics relating to terrorism and the

Islamic State, also known as ISIS or ISIL. This will include assisting the jury in their general understanding of the Islamic State; the key elements of the Islamic State's strategy; the continued resonance of their message, and their continued ability to attract recruits to replenish their ranks; their command structure; the encouraging and promoting violent jihad and the English language materials recorded in support of violent jihad; the use of the online English language magazine, entitled Dabiq; the use of online social media by individuals involved in violent jihad; the use of the internet as a way to communicate in real time and how it has enabled terrorists to reach a potentially vast audience faster, more pervasively, and more effectively than ever before. Additionally, Dr. Byman will explain references to Islamic State leaders and acts of terrorism by the Islamic State that are referred to by the defendant, Samuel Baptiste, in his social media postings, online communications, written correspondence, and court documents.

Dr. Byman has not prepared a report in this case.

Having made this disclosure, the government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:    s/ Michael Thakur_____
       MICHAEL THAKUR
       Assistant United States Attorney
       Court Id No. A5501474
       U.S. Attorney's Office - SDFL
       99 Northeast Fourth Street, 8th Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9361
       E-mail: Michael.Thakur@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was uploaded onto the Court's CM/ECF system and sent via CM/ECF to all counsel of record on January 30, 2020.

                                                  s/ Michael Thakur
                                                  MICHAEL THAKUR
                                                  Assistant United States Attorney