UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 18-20613-CR-MARTINEZ**

UNITED STATES OF AMERICA

vs.

SAMUEL BAPTISTE,

    Defendant.
_____/

**ORDER**

    **THIS CAUSE** comes before the Court upon the Defendant's *pro se* Motion to Disqualify Counsel (DE 119). After careful consideration, it is hereby

    **ORDERED AND ADJUDGED** that the Motion is **DENIED** as stated in open court on December 3, 2019.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this __7__ day of February, 2020.

                                                                         JOSE E. MARTINEZ
                                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:

All Counsel of Record