UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 18-20613-CR-MARTINEZ**

UNITED STATES OF AMERICA

vs.

SAMUEL BAPTISTE,

    Defendant.
_____/

**ORDER STRIKING *PRO SE* FILINGS**

    **THIS CAUSE** comes before the Court upon the following *pro se* motions filed by Defendant, who is represented by counsel: ECF Nos. 116 and 120. After careful consideration, it is hereby

    **ORDERED AND ADJUDGED** that ECF Nos. 116 and 120 are **STRICKEN**. *See United States v. Camilo*, 686 Fed. Appx. 645, 646 (11th Cir. 2017) (concluding that the district court did not abuse its discretion by striking *pro se* filings from the record where defendant "was represented by counsel at all times relevant to the filings"); *see also* S.D. Fla. R. 11.1(d)(4) (prohibiting represented parties from acting on their own behalf).

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 12 day of February, 2020.

                                                                  JOSE E. MARTINEZ
                                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:

All Counsel of Record