In The Name of Allah, Most Gracious, Most Merciful

Dear Judge Martinez,



5th of Feb. 2020

18-CR-20613-JEM

Peace be upon those who follow guidance.

To proceed:

I am writing you to inform and keep you abreast of developments regarding my case such as interference with my ability to correspond and communicate with counsel, interference with my ability to provide input relating to my defense, and my relationship with my attorney.

On the 3th of January I was placed in the SHU in lieu of an email generated by the BoP's CTU (Counter Terrorism Unit) to FDC's Miami SIS dated on or about the 7th of January.
Knowing well that the date of my upcoming trial is in April, CTU officials conspired with officials within DoJ not limited to AUSA Marc Anton and FDC Miami personnel to hinder any effort by me to effectively assist in my defense. I was in the process of typing and completing a few motions for counsel to file when this took place. The motions were a memorandum in support of dismissal of indictment due to RFRA, dismissal of indictment due to violation of freedom of association and expression, notice of intent to present RFRA affirmative defense at trial, notice of intent to present an affirmative defense under 18 USSC 2339(J), objection to CIPA order regarding UCE/CHs appearance and testimony at trial, notice of intent to present a 1st Amendment defense at trial, and a couple discovery requests

The alleged reason for my month long confinement in SHU without access to legal materials and prohibition of legal calls and visits was allegedly because of circumvention of CMU sanctions by fraudently listing individuals as attorneys who are not so.

The contacts were:
  Lisa Call
  Min Bloom
  James Demilles

Though all of this was a ruse since Lisa Call is an attorney with the Federal Public Defender who is assigned to represent Romeo Xavier Langhorne in an indictment charging him with the same exact charges as myself.

James Demilles is a defense attorney who is in good standing with the Florida Bar who previously represented me in 2015 in connection to a probation violation.

Min Bloom is a scholar at Georgia State University who is an expert on online radicalization, the Islamic State, and the virtual Caliphate.

I was seeking Ms. Bloom out as an expert witness to testify regarding pertinent matters expected to arise at trial.

Yet I was placed in the SHU for a month causing me to suffer a decrease in concentration, anxiety, paranoia, and such things that have impaired my effectiveness to assist in my defense and which I have now been prescribed psychiatric drugs for.

My attorney Mr. Casuso has not seen me nor conferred with me for over a month despite my upcoming trial date and his promise to come see me and he has blocked my ability to correspond with him via email.

BoP and CTU officials have directly made it difficult for my attorney to see and have blocked all my means of communication to them from visits, emails, phone, and directing commissary not to sale me stamps so I can't write them.

All of this has been a concerted effort which has prejudiced any significant ~~[redacted]~~ defense I could raise effectively, all of this, including blocking me from communicating with a paralegal I retained for assistance and blocking all means of me soliciting or communicating with any private attorney of my choice.

In December I previously wrote you and before that have brought up before you and Magistrate Judge Ortaza-Raya about the hindrances caused by CTU officials who blatantly flaunted their refusal to provide a review and classification regarding the reason for continued imposition of CMU sanctions.

I am humbly asking that you conduct a hearing to address these matters.

My heartfelt thanks and appreciation goes out to you for giving this matter your own attention.

Truly Truly,
S. Baptista