United States District Court
Southern District of Florida

FILED BY _____ D.C.
JUL 24 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Charlton Edward LaChase  17080104

I request to be testify
Witness aganist the defendant
Case: 18CR26613 or Not sure CR20613
Defendant name Samuel Baptiste
ID 09681-104

Samuel who is waiting on
Trial Schedule for his
Charges

I ask Court to permission
me on testify witness aganist
Samuel Baptiste - defendent

I request a Copy of his
Case's Prosecutor - US attroney
Plaintiff's name and address
on Docket information
only address

18 Cr 26613  I not sure Correct Number

Samuel Baptiste (2018) only
Criminal Case

Charlton Lachuse 17080104
FDC Miami
PO Box 19120
Miami FL 33101

Special Mail

The enclosed letter processed through special mailing
Procedure for forwarding to you. The letter has neither been
opened nor inspected. If the writer raises a question or problem
over which this facility has jurisdiction, you may wish to return
the material for further information or clarification. If the writer
encloses correspondence for forwarding to another address, please
return the enclosed to the following address:
FEDERAL DETENTION CENTER
PO BOX 019120
MIAMI, FL 33101
DATE: JUL 23 2020

Special Mail

US Courthouse
400 N. Miami Ave,
Room 8N09
Miami FL 33128