UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
18-20613-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA**,**

    Plaintiff,
vs.

SAMUEL BAPTISTE,

    Defendant.
_____/

# **O R D E R**

**THIS MATTER** is before the Court upon the Defendant's Motion to Dismiss Counsel, or in the Alternative Replace Current Counsel and Allow Defendant to Proceed Pro Se [D.E. 161]. The motion was referred by the Honorable Jose E. Martinez [D.E. 167].

A Zoom hearing was held on the matter on September 24, 2020.

This court having considered the argument of counsel and the defendant, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUGED** as follows:

1. The motion is **GRANTED** as it relates to replacement of current counsel. The motion is **DENIED** in all other respects.

2. Louis Casuso, Esq. is hereby **DISCHARGED** as counsel.

3. S. Patrick Dray, Esq. is hereby **APPOINTED** to represent the Defendant pursuant to the Criminal Justice Act.

**DONE AND ORDERED** in chambers at Miami, Florida, this 24th day of September, 2020.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Jose E. Martinez
 Counsel of record