# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# STATUS CONFERENCE MINUTES FOR
# HONORABLE JOSE E. MARTINEZ

Deft:  Samuel Baptiste  
Clerk: Diane Quinn

Case No: 1:18-CR-20613-MARTINEZ  
Date: June 16, 2021

Reporter: Dawn Savino

USPO:

AUSA: Marc Anton,  
AUSA: Michael Thakur  
Interpreter:

S. Patrick Dray, Esq., CJA and  
Charles Swift, Esq.

## STATUS CONFERENCE

This case is currently set on the July 29, 2021 calendar call.  Counsel advised the case is ready to go to trial.  This case should take three (3) or four (4) days in trial.  There are some scheduling conflicts in September.  The court is going to try to special set this trial when we are closer to the calendar call date.