UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

vs.

SAMUEL BAPTISTE,
    a/k/a "khilafahaiti,"
    a/k/a "Abdul Jalil Rashid Imarah,"
    a/k/a "Jihadi gear (Private),"

               Defendant.
_____/

## FACTUAL PROFFER

Had the United States proceeded to trial, the Government would have proven beyond a reasonable doubt that on or about November 6, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant, SAMUEL BAPTISTE, a/k/a "Khilafahaiti," a/k/a "Abdul Jalil Rashid Imarah," a/k/a "Jihadi gear (Private)," did knowingly attempt to provide material support or resources, as that term is defined in Title 18, United States Code, Section 2339A(b), including services and personnel, as alleged in Counts 1-4 of this Indictment, knowing and intending that the material support and resources were to be used in preparation for and in carrying out violations of Title 18, United States Code, Section 2332a(a) (use, without lawful authority, of a weapon of mass destruction), in violation of Title 18, United States Code, Sections 2339A(a) and (2).

Specifically, in the instant case, the Defendant, SAMUEL BAPTSTE, attempted to provide material support to a terrorist act through the use of an explosive device in violation of Title 18, United States Code, Section 2332(a) by providing information on November 6, 2016

*Court Exhibit #1*

1

pertaining to the construction of explosive devices in the form of internet links and portions of a commercially available manual entitled "Improvised Munitions Black Book, Volume 1," as alleged in Counts 1-4 of the Indictment, by acting in concert with, and providing information to, persons that he believed were acting on behalf of ISIS.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: 10/21/21     By: _____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

Date: 10/21/21     By: _____
MICHAEL THAKUR
ASSISTANT UNITED STATES ATTORNEY

Date: 21 OCT 21     _____
SIMON PATRICK DRAY, ESQ.
ATTORNEY FOR DEFENDANT

Date: 21 OCT 21     _____
CHARLES D. SWIFT, ESQ.
ATTORNEY FOR DEFENDANT

Date: 21 oct 21     _____
SAMUEL BAPTISTE
DEFENDANT