THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

18-20613-CR-MARTINEZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SAMUEL BAPTISTE,

        Defendant.
_____/

### NOTICE OF FILING LETTERS AND ACADEMIC ACHIEVEMENT RECORDS IN SUPPORT OF SAMUEL BAPTISTE, DEFENDANT, FOR SENTENCING PURSUANT TO 18 USC §3553

**COMES NOW,** the Defendant, **SAMUEL BAPTISTE**, by and through his undersigned attorney, and hereby submits the following letters from his mother, friends, or his "community," to this Honorable Court in aid of sentencing.

In addition, to page 19, paragraphs 56 to 59 of the PSR; attached are educational records demonstrating Mr. Baptiste's rehabilitative efforts while incarcerated. As such, it is respectfully requested that this Honorable Court take into consideration the following letters in support of Mr. Baptiste, and order the instant sentence concurrent with his prior sentence because it will be sufficient, and not greater than necessary pursuant to 18 USC§3553(a).

1

Respectfully submitted,

> s/ *S. Patrick Dray*
> S. PATRICK DRAY, ESQ.
> Florida Bar No.: 0180157
> pat@patdray.com
>
> *S. Patrick Dray, P.A.*
> 40 NW 3rd Street, Suite 200
> Miami, Florida 3128
>
> 18501 Pines Blvd., Suite 344
> Pembroke Pines, Florida 33029
>
> Telephone: (954) 374-4323
> eFax:      (786) 513-2244
>
> */s/ Charles Swift*
> Charles D. Swift
> CONSTITUTIONAL LAW CENTER
> FOR MUSLIMS IN AMERICA
> 100 N. Central Exp'y, Ste 1010
> Richardson, TX 75080
>
> (972) 914-2507
> cswift@clcma.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this document is being served on all counsel of record via CM/ECF, on January 4th, 2022.

> By:  s/ S. Patrick Dray
>      S. PATRICK DRAY, ESQUIRE

2

Dear Judge Martinez,

I am Miss Marie G Francois; writing This letter on behalf of my only son Samuel Baptiste to ask for leniency on his sentence. It is very difficult for me to write this letter; My heart has been shattered, I am sad and shaken, heavy hearted; however, I wish more than anything that you, the man who decides his fate, could know him like I do. I'll try my best to briefly describe him.

Samuel is my last born one and only son I prayed earnestly for him and God finally answered my prayer with a son on October 2, 1992. He comes from a loving family; he is a good person. I feel silly writing that, because it seems so contradictory, looking at what he is accuse of by accepting this plea. However, it's the truth.

I did my very best raising Samuel, I didn't have much but I made it work with the little we had; we were poor yes but I made sure I was there for him. I took him to church, I taught him how important it is to pray and have a relationship with God. He seemed like every other adolescent boy, things start to change when we moved into projects (government housing) and from there he begin trying to fit in. He started hanging with the wrong crowd around the neighborhood and they had a negative influence on him.

My son is extremely bright, and has lots of potential and to see him waste away in a jail cell absolutely crushes me. He is hurting more than any of us can imagine, and yet is adapting to an extremely unpleasant situation better than most ever could. He is realistic about his situation, yet remains hopeful that he will find something positive in it.

He does have plans for his future, doing visits he discussed his ideas of becoming a productive member of society, giving back and starting his very own natural soap company. As of right now he is taking paralegal courses in hopes one day he'll be able to help others.

Samuel is a very likeable person and have a great sense of humor. Despise my sons' short comings, he is a very compassionate person. Like myself, the norm for him was to put others first. He absolutely loved animals and treated them better than most. I remember one day him bringing a stray dog home, he hid him in his bedroom so he can give him a warm place to sleep and food. He found ways to learn what those around him wanted and made every effort to assist. His siblings and I used to always say that he would be a wonderful father one day because of his sensitivity and his devotion to what he loved.

I share these things with you in hopes it emphasizes the kind of person Samuel was and still is.

Judge Martinez I'm begging you please find sympathy in your heart to not give my son the maximum sentence. Our family beg this of you; I am already an old woman my health Is failing me; I don't know how much longer until my heavenly father calls me home. Samuel's father died last year in 2020 and of course he couldn't attend the funeral. I dread the thought of the same happening to me while he's in prison. I want to hug my son again; I want him to be near me like he used to be; assisting me, laughing and showering me with love and rich hugs. Besides God; you the next person that could help bring these dreams to reality sooner than later.

Thank you for your time in reading this. I wanted to speak from my heart and hope you will forgive the informality of this letter. I realize you have things to consider in this case, Thanks again for your attention.

Sincerely,

Samuel Baptiste mother Miss Marie G Francois

*Marie G. François*

# Friends of Human Rights

527 Lantern Circle  
Temple Terrace, FL 33617  
friendshumanrights@yahoo.com

813-215-3403

December 15, 2021

Judge Jose Martinez  
Wilkie D. Ferguson, Jr. United States Courthouse  
400 North Miami Avenue  
Miami, Florida 33128

Dear Judge:

I am writing on behalf on Samuel Baptiste #09681-104 whose sentencing is scheduled for January of 2022. I am the director of Friends of Human Rights, and in that capacity I have been corresponding regularly with Mr. Baptiste for almost four years.

I have found him to be a very pleasant person who is well-read and with wide-ranging interests. He also has a great concern for others and a desire to help those in need. For example, he organized an effort to provide humanitarian relief to the people of Haiti after a devastating hurricane. If released, I am sure he would continue to be a positive member of his community.

I don't feel that a lengthy sentence would be beneficial, and so I urge you to be lenient when you make your decision.

Respectfully,

Mel Underbakke, Ph.D.  
Director, Friends of Human Rights



12/03/2021

To whom it may concern:

My name is Amin Eshaiker and I am the program manager for Link Outside. We are a non-profit organization that offers rehabilitate services to incarcerated men and women in the United States since 2010. SAMUEL BAPTISTE has been part of our prison mail correspondence program for a few years. During that time, we have come to know them as an individual serious about changing their life, taking all of our personal development courses, and a person who is proactive in seeking resources to better prepare themselves for transitioning back into society.

Our parent organization, the Islamic Institute of Orange County (IIOC), is a religious non-profit place of worship located in Anaheim, California. IIOC offers weekly one-on-one peer mentoring, weekly Sunday educational lectures and weekly Friday night community social programs. We would be honored to have SAMUEL BAPTISTE participate in these programs with our community.

We are partnered with The Golden Path transitional home in Los Angeles. They are a certified STOP Program Area 5 facility that is contracted through the Amity Foundation. The Golden Path is an Islamic-themed transitional home that we believe would best meet the needs and faith-based values of SAMUEL BAPTISTE. SAMUEL BAPTISTE will still need to send a letter to the Golden Path to receive an acceptance letter from them before procuring housing: The Golden Path, 9827 La Salle Ave., Los Angeles, CA 90047. Phone number: 323-740-9525

Link Outside is also partnered with Uplift Charity, a non-profit based out of Anaheim, California that helps individuals with basic living necessities in order to achieve self-sufficiency. Our partnership endorses formerly incarcerated men and women involved in Link Outside's programming to receive direct assistance on a limited basis. We hereby recommend SAMUEL BAPTISTE to receive assistance through Uplift Charity so long as they remain an active member of our community. Uplift Charity can be reached at the following: P.O. Box 6197 Anaheim, CA 92816. Phone number: (714) 614-7324

Link Outside hereby endorses SAMUEL BAPTISTE as an upstanding citizen who we feel is not only prepared for reentry but would be an asset to whatever community they settle in. We are in full support of their reentry into society and will do our utmost to guide them through the aforementioned organizations and services during his transition back into society. Please feel free to personally contact me if you have any questions.

Sincerely
Amin Eshaiker
Link Outside - Program Manager
info@linkoutside.com | 916-546-5547

# COALITION FOR CIVIL FREEDOMS

P.O. Box 55713 Washington, D.C. 20040
202.627.0887 | info@civilfreedoms.org | civilfreedoms.org | @civilfreedoms

January 3, 2022

Honorable Judge Jose Martinez
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue Miami, Florida 33128

**Re: Samuel Baptiste #09681-104**

Dear Judge Martinez,

    I am writing to you on behalf of Samuel Baptiste. I am an officer of the Coalition for Civil Freedoms (CCF), and in that capacity I have had the pleasure of regularly corresponding with Mr. Baptiste since December 2020. CCF is an organization that advocates for the civil liberties and human rights of prisoners that we believe pose no risk to society, a category Samuel falls under. I urge you to exercise leniency in your sentencing of Mr. Baptiste and I ask that you consider my testament of his good character in his favor.

    Mr. Baptiste has a thirst for knowledge and a commitment to his personal growth– and he is proactive about seeking both. Mr. Baptiste regularly requests resources like books, courses, news sources, guidance counselors/mentors, and more, to aid his development. He welcomes unfamiliar topics and challenging circumstances, seeing them as opportunities for growth. Moreover, Mr. Baptiste cares deeply for the wellbeing of others. With the intention of helping others, Mr. Baptiste helped me develop a resource directory that helps meet the needs of prisoners by identifying over 50 organizations around the country that provide free or low-cost services and resources to prisoners. Furthermore, I have witnessed Mr. Baptiste's personable and kind nature. Mr. Baptiste writes beautiful poetry that he regularly shares with others to spread joy and comfort to those in his reach.

    Mr. Baptiste's character is exemplary and he is deserving of your leniency. I believe leniency in your decision would serve the best outcome for everyone involved and conversely any punishment beyond the minimum will cause unnecessary harm to Mr. Baptiste and his community, who stand to benefit from Mr. Baptiste's incredible and rare qualities.

Respectfully,

*Nada D.*

Nada Dibas
Prisoner and Family Support Coordinator, CCF



**TAYBA FOUNDATION**
*Freedom Through Education*

www.taybafoundation.org

Judge Jose Martinez
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, Florida 33128

RE: Samuel Baptiste 09681-104

Peace and Blessings to you all, My name is Eugene Priester, III, and I am an Academy Instructor and Reentry Case Manager with the Tayba Foundation in Union City, CA. We are a registered 501 (c)(3) nonprofit offering education, life skills, and re-entry programs to incarcerated and formerly incarcerated men and women in the United States. Over the past 10 years, we have served over 7,500 individuals in over 500 state and federal prisons across 42 states. I am writing to you at this time in support of one of our students, Mr. Samuel Baptiste. Mr. Baptiste has been a student with us for the last 3 semesters, taking a total of 3 classes ranging from belief to the basic principles of religious law, and has maintained a B average since beginning his studies.

The level of consistency that he has shown throughout his time in our program shows that Mr. Baptiste has the ability to be consistent in maintaining a set course of action and following through to the end. It has also allowed us to recognize that he has and can continue to cultivate more disciplined behaviors and practices that are so essential to the success of a person who is released from incarceration, to help him to stay out of prison.

Knowing that Mr. Baptiste is being presented with an opportunity to possibly go home we will be immediately enrolling him into our Life Skills and Reentry Program and working with him to develop a plan of action to facilitate his possible release and also guide him towards a successful reintegration back into society should your decision prove to be a positive one for him after his review and resentencing.

If you or anyone in your chambers have any questions for our organization please feel free to contact my colleague, Mr. James Hinton at 510-641-8882, or you can email me at reentry@taybafoundation.org.

Peace and Blessings,

*[signature]*

Eugene Priester, III
Reentry Case Manager, Tayba Foundation
reentry@taybafoundation.org | (510) 952-9459 | http://taybafoundation.org --

P.O. Box 247 Union City, CA 94587   |   1 (510) 952-9683   |   info@taybafoundation.com

# BLACKSTONE CAREER INSTITUTE
1011 BROOKSIDE ROAD, SUITE 300, P.O. BOX 3717, ALLENTOWN, PA 18106-3717

## GRADE REPORT

September 21, 2021

Samuel Baptiste  09681104                                    Student #:        08053923
P.o. Box 019120
Miami FL 33101

Dear Samuel:

The grade(s) indicated below have been entered into your permanent academic record earlier today. Your answer sheet will be retained by Blackstone for 30 days should you have any questions regarding your score.

If you find references listed below, we suggest you go back to these pages and review the material. While you did receive a passing grade, we want to ensure you fully comprehend this subject matter. By reviewing the areas of your lesson indicated below, you can better understand those questions you did not answer correctly. The reference directs you to a page number and section heading where you can find the material needed to review and take your re-test successfully.

Please note: Any references below with an answer of 'O' are questions you did not supply an answer for or for which you marked multiple answers. Skipped questions adversely affect your exam grade. Please try your hardest to answer every question on future exams and please only mark one answer per question. Thank you!

```
EXAM0101A     PARALEGAL EXAM #1                              100%
              ** No Review Required.  Excellent work! **
```

cc: Student File #08053923



A Direct Learning Systems School

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0034
email: info@blackstone.edu • www.blackstone.edu

# BLACKSTONE CAREER INSTITUTE
1011 BROOKSIDE ROAD, SUITE 300, P.O. BOX 3717, ALLENTOWN, PA 18106-3717

## GRADE REPORT

October 8, 2021

Samuel Baptiste  09681104
P.o. Box 019120
Miami FL 33101

Student #:  08053923

Dear Samuel:

The grade(s) indicated below have been entered into your permanent academic record earlier today. Your answer sheet will be retained by Blackstone for 30 days should you have any questions regarding your score.

If you find references listed below, we suggest you go back to these pages and review the material. While you did receive a passing grade, we want to ensure you fully comprehend this subject matter. By reviewing the areas of your lesson indicated below, you can better understand those questions you did not answer correctly. The reference directs you to a page number and section heading where you can find the material needed to review and take your re-test successfully.

Please note: Any references below with an answer of 'O' are questions you did not supply an answer for or for which you marked multiple answers. Skipped questions adversely affect your exam grade. Please try your hardest to answer every question on future exams and please only mark one answer per question. Thank you!

```
EXAM0102A      PARALEGAL EXAM #2                              95%
   Ques #  Your Ansr/Pts   Corr Ansr/Max   Reference
      2    C               D               p. 106  "Duress"

EXAM0103A      PARALEGAL EXAM #3                              95%
   Ques #  Your Ansr/Pts   Corr Ansr/Max   Reference
      4    B               A               p. 145  "Power of the State to Contract

EXAM0104A      PARALEGAL EXAM #4                              95%
   Ques #  Your Ansr/Pts   Corr Ansr/Max   Reference
     17    C               A               p. 204  "Discharge by Performance"
```

cc: Student File #08053923


A Direct Learning Systems School

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0034
email: info@blackstone.edu • www.blackstone.edu

# BLACKSTONE CAREER INSTITUTE

1011 BROOKSIDE ROAD, SUITE 300, P.O. BOX 3717, ALLENTOWN, PA 18106-3717

Grade Report For 08053923 (Continued)

```
Ques #   Your Ansr/Pts   Corr Ansr/Max   Reference
```

cc: Student File #08053923


A Direct Learning Systems School

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0034
email: info@blackstone.edu • www.blackstone.edu

**Blackstone Career Institute**

PO Box 3717, Allentown, PA 18106-3717

## Unofficial Student Transcript
## 31 Lesson Legal Assistant/Paralegal Certificate Program
## 915 Clock Hours

Student: Samuel Baptiste 09681104
Address: PO. Box 019120
Miami FL 33101

Student Number: 08053923
Enrollment Date: 07/30/2021
Expected Completion Date: 07/30/2023
Status Date: 07/30/2021
Student Status: Active

| Text/Subject | Date Completed | Grade | Text/Subject | Date Completed | Grade |
|---|---|---|---|---|---|
| Lesson: 1 | | | Lesson: 9 | | |
| Introduction To Law | 09/21/2021 | 100 | • Constitutional Law Part II | | |
| Contracts Part 1 | 10/08/2021 | 95 | Lesson: 10 | | |
| Contracts Part II | 10/08/2021 | 95 | • Constitutional Law Part III | | |
| Contracts Part III | 10/08/2021 | 95 | Lesson: 11 | | |
| Lesson: 2 | | | • Legal Research Part I | | |
| Law of Torts Part I | | | Lesson: 12 | | |
| Law of Torts Part II | | | • Legal Research Part II | | |
| Law of Torts Part III | | | Lesson: 13 | | |
| Law of Torts Part IV | | | • Employability Skills | | |
| Lesson: 3 | | | Lesson: 14 | | |
| Criminal Law Part I | | | • Ethics | | |
| Criminal Law Part II | | | | | |
| Lesson: 4 | | | | | |
| Real Property Part 1 | | | | | |
| Real Property Part II | | | | | |
| Lesson: 5 | | | | | |
| Real Property Part III | | | | | |
| Real Property Part IV | | | | | |
| Lesson: 6 | | | | | |
| Pleadings in Civil Action Part I | | | | | |
| Pleadings in Civil Action Part II | | | | | |
| Practice in Civil Actions | | | | | |
| Criminal Procedure | | | | | |
| Lesson: 7 | | | | | |
| Wills Part I | | | | | |
| Wills Part II | | | | | |
| Trusts | | | | | |
| Lesson: 8 | | | | | |
| Law of Private Corporations | | | | | |
| Law of Partnerships Part I | | | | | |
| Law of Partnerships Part II | | | | | |
| Lesson: 9 | | | | | |
| Constitutional Law Part I | | | | | |

Student Average: 96.25% To Date

This Document Issued: 12/27/2021

As of the date of issue of this document the student has not completed the entire curriculum for this course. This document indicates the student's performance up to the date of issue of this document.

Blackstone Career Institute

By: _Valerie L. Behrle_ B.S., M.Ed.
Registrar


DLS
A Direct Learning Systems School

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0034
email: info@blackstone.edu • www.blackstone.edu

# DEPARTMENT OF EDUCATION

### State of Florida

This Certifies That

## SAMUEL BAPTISTE

having satisfactorily completed all requirements of law and standards prescribed by the State Board of Education, thereby demonstrating satisfactory evidence of educational competence, is hereby awarded this

## HIGH SCHOOL DIPLOMA

and is entitled to all the Rights and Privileges appertaining thereto.

In witness whereof our names and the State Board of Education, Tallahassee, Florida, this 10th Day of June 2012. Diploma Number 20034371

FLORIDA GED ADMINISTRATOR

COMMISSIONER OF EDUCATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23614-GAYLES/MATTHEWMAN

ABDUL-JALIL RASHID AL-IMARAH,

    Plaintiff,

v.

SSA JANE WALTRON, *et al.*,

    Defendants.
_____/

### ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Dismiss Complaint with Prejudice [ECF No. 21]. Plaintiff dismisses this action with prejudice pursuant to the terms of his plea agreement in Case No. 18-cr-20613-JEM. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion [ECF No. 21] is **GRANTED**. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE** and this case is **CLOSED**. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of January, 2022.

                              DARRIN P. GAYLES
                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record

        Abdul-Jalil Rashid Al-Imarah, *pro se*
        09681-104
        Miami FDC
        Federal Detention Center
        Inmate Mail/Parcels
        Post Office Box 019120
        Miami, FL 33101